**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**John C. West –** 007233
Direct Dial: 602.262.5781
Email: jwest@lrrc.com

**Jennifer Lee-Cota –** 033190
Direct Dial: 602.262.5368
Email: jleecota@lrrc.com

*Attorneys for Defendant United Healthcare of Arizona, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Clint Schuler, individually, appearing In Pro Per,<br><br>Plaintiff,<br><br>vs.<br><br>United Healthcare (UHC) of Arizona, Inc. a/k/a United Healthcare Services Inc., Does 1-10, Presently Unknown Persons, Partnerships, Associations, Limited Liability Companies and/or Corporations,<br><br>Defendants. | No. _____<br><br>**NOTICE OF REMOVAL** |

Defendant United Healthcare of Arizona, Inc. ("UHC") submits this Notice of Removal of the above-entitled action from the Superior Court of the State of Arizona for the County of Maricopa to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, and state as follows:

1. The Complaint alleges the improper denial of benefits in treatment of injuries sustained by the Plaintiff giving rise to an alleged breach of the implied covenant of good faith and fair dealing under state law. The Complaint seeks to recover unpaid benefits, reimbursement of out-of-pocket expenses and exemplary damages.

2. This is a civil action in which this Court has original jurisdiction under 28 U.S.C. § 1331, 29 U.S.C. § 1132(e) and may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it arises under and is governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et. seq.*

104363289_1

3. On February 26, 2018, UHC was served with a Summons, Complaint, and Certificate of Compulsory Arbitration in the case entitled *Clint Schuler v. United Healthcare (UHC) of Arizona, Inc.*, Maricopa County Superior Court Cause No. CV2018-090674. A true and complete copy of the Summons, Complaint, Certificate of Compulsory Arbitration, Civil Cover Sheet, and Affidavit of Service are attached hereto as Exhibits A, B, C, D and E.

4. No other pleadings have been filed by the Plaintiff in this action except those filed with this Court accompanying this Notice of Removal.

5. This Notice of Removal is timely filed with the District Court, as it is being filed within thirty (30) days after service of the Complaint on UHC, which is the document that provides the basis for removal. 28 U.S.C. § 1446(b).

**Basis for Removal**

6. Removal of this case is proper because this suit arises under the laws of the United States. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) because the claims are governed and completely preempted by ERISA. Congress granted jurisdiction to the District Courts for actions brought under 29 U.S.C. § 1132(a)(1)(B) to recover benefits due under the terms of an ERISA plan or to enforce rights under an ERISA plan. 29 U.S.C. § 1132(e)(1). Further, 29 U.S.C. § 1132(f) provides:

> [T]he district courts of the United States have jurisdiction, without respect to the amount in controversy or the citizenship of the parties, to grant the relief provided for in subsection (a) of this section in any action.

7. The Complaint alleges that Plaintiff, Clint Schuler, was a participant in a group health insurance policy no. GA5U8947BW issued by UnitedHealthcare Insurance Company to Greencraft Interiors, LLC ("Plan") to provide specified health insurance benefits to its eligible employees and their dependents.

8. The Complaint alleges that Plaintiff, Clint Schuler, was an employee of Greencraft Interiors, LLC and enrolled he and his family in the group plan issued to Greencraft Interiors, LLC by UnitedHealthcare Insurance Company. (Complaint at ¶ 7)

9. The Complaint further alleges that after Clint Schuler's termination of employment with Greencraft Interiors, LLC, he enrolled in UHC's COBRA health care plan which expired on November 30, 2016. (Complaint at ¶ 9)

10. The Complaint alleges UHC failed to pay benefits allegedly due under the Plan issued or administered by UHC for services rendered to Clint Schuler by numerous providers, including the alleged improper failure to reimburse Plaintiff for his out-of-pocket payments to providers. (Complaint at ¶¶ 14-17).

11. Count One of the Complaint alleges a state law claim for breach of the implied covenant of good faith and fair dealing based on the alleged improper denial of Plan benefits. (Complaint at ¶¶ 28-107).

12. All of Plaintiff's claims are rooted in the Plan itself and represent the Plaintiff's attempt to recover benefits alleged to be due under the Plan. The allegations and claims for relief implicate no legal duty independent of ERISA or the Plan's terms.

13. Plaintiff's claims are completely preempted and properly removed to this Court as the claims, at bottom, seek recovery of benefits under the Plan and require the interpretation and application of Plan terms.

14. The Plaintiffs' state-law causes of action and relief are preempted as improperly duplicating, supplementing and supplanting the ERISA civil enforcement remedies and in accordance with ERISA § 502(a), these claims fall under ERISA and are thereby completely preempted. *See Aetna Health, Inc. v. Davila*, 542 U.S. 200, 209 (2004).

15. UHC reserves the right to amend or supplement this Notice of Removal.

104363289_1

3

16. The undersigned attorney certifies that he has caused a copy of the original Notice of Removal to be filed with the Clerk of the Superior Court of Arizona, County of Maricopa.

WHEREFORE, UHC respectfully requests this Court to assume jurisdiction over the cause herein, as provided by law.

RESPECTFULLY SUBMITTED this 23rd day of March, 2018.

                                              LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/John C. West*
      John C. West
      Jennifer Lee-Cota
      201 East Washington Street, Suite 1200
      Phoenix, AZ  85004
      *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2018, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

Clint Shuler
7907 East Portobello Avenue
Mesa, AZ  85212

By: *s/Ashly White*

5