# EXHIBIT A

```
 1  Clint Schuler – In Pro Per            [ORIGINAL]
 2  7907 E Portobello Ave
 3  Mesa AZ 85212
 4  480-721-9023
 5  schulerclint@gmail.com
 6
 7
 8        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND
 9                    FOR THE COUNTY OF MARICOPA
10
11
12  CLINT SCHULER individually,        )
13  appearing In Pro Per               )    Case # CV2018-090674
14                                     )
15              Plaintiff,             )
16                                     )
17  vs.                                )
18                                     )
19  UNITED HEALTHCARE (UHC) OF         )
20  ARIZONA, Inc., AKA UNITED HEALTHCARE)
21  SERVICES INC. and DOES 1-10,       )
22  Presently Unknown persons, partnerships,)
23  associations, Limited Liability companies)   SUMMONS
24  and or corporations,               )
25                                     )
26              Defendant,             )
27
28                       FROM THE STATE OF ARIZONA
```

TO: United Healthcare of Arizona Inc.
United Healthcare Services, Inc.
3800 NORTH CENTRAL AVENUE
SUITE 460
PHOENIX, AZ 85012
Phone: 1-800-985-2356

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Petition upon you, exclusive of the day of service. If served out of the state of Arizona-whether by direct service, by registered or certified mail, or by

1|Page – SUMMONS Schuler v. United Healthcare Et Al

publication-you shall appear and defend within 30 days after the service of the Petition upon you is complete, exclusive of the day of service. Where service of process is upon the Arizona Director of Insurance as an insurer's agent to receive service of legal process against it in this state, then the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the filing of the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. **A.R.S. § 22-213, RCP; A.R.S. §§ 20-222, 28-502, 28-503.**

YOU ARE HEREBY NOTIFIED that in the case of your failure to appear and defend within the time applicable, judgment by default be rendered against you for the relief demanded in the Petition.

YOU ARE CAUTIONED that in order to appear and defend, you must either appear in person or file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff and or their attorney. **RCP 10(d) A.R.S. § 12-311; RCP 5, A.R.S. §§ 22-215, 22-216.**

The name and address of Plaintiff, appearing Pro Se is: Clint Schuler
7907 E Portobello Ave
Mesa, AZ 85212

MICHAEL K. JEANES, CLERK

SIGNED AND SEALED THIS DATE: FEB 2 5 2018

DEPUTY CLERK



2 | Page — SUMMONS Schuler v. United Healthcare Et Al

1
2
3                                  _____
4                                       Clerk of Court
5
6
7                              **ADA Notification**
8      Requests for reasonable accommodation for persons with disabilities must be made to the
9  court by parties at least 3 working days in advance of a scheduled court proceeding.
10     Requests for an interpreter for persons with limited English proficiency must be made to
11 the division assigned to the case by the Party needing the interpreter and/or translator or his/her
12 counsel at least ten (10) working days in advance of a scheduled court proceeding.
13

14

15

16

17

18

19

20

21

22