# EXHIBIT B

MICHAEL K. JEANES
Clerk of the Superior Court
By Denise Hill, Deputy
Date 02/23/2018 Time 16:10:02
Description                    Amount
————— CASE# CV2018-090674 —————
CIVIL NEW COMPLAINT            322.00

TOTAL AMOUNT                   322.00
Receipt# 26426308

1  Clint Schuler - In Pro Per
2  7907 E Portobello Ave
3  Mesa AZ 85212
4  480-721-9023
5  schulerclint@gmail.com
6
7
8  # IN THE SUPERIOR COURT OF THE STATE OF ARIZONA IN AND
9  # FOR THE COUNTY OF MARICOPA
10
11
12  CLINT SCHULER individually,                )
13  appearing In Pro Per                       )    Case #   CV2018-090674
14                                             )
15                          Plaintiff,         )
16                                             )
17  vs.                                        )
18                                             )
19  UNITED HEALTHCARE (UHC) OF                 )
20  ARIZONA, INC. AKA UNITED HEALTHCARE        )
21  SERVICES INC. and DOES 1-10,               )
22  Presently Unknown persons, partnerships,   )
23  associations, Limited Liability companies  )
24  and or corporations,                       )          **COMPLAINT**
25                                             )    Demand for Jury Trial
26                          Defendants,        )
27                                             )    BREACH OF IMPLIED COVENANT
28                                             )      OF GOOD FAITH AND FAIR
29                                             )       DEALING (BAD FAITH)
30
31                          **COMPLAINT**
32
33          AND NOW, comes the Plaintiff, Clint Schuler, individually, appearing In Pro Per, hereby

34  requests a jury trial and complains against Defendants, averring as follows:

35                          **BACKGROUND**

36          During the spring of 2016, Clint Schuler was employed by Greencraft Interiors Aka Charter

1   Home Alliance in Phoenix, AZ.   As a benefit of employment, Clint Schuler enrolled he and his family

2   in the company's health insurance plan by United Healthcare Company of Arizona.   United

3   Healthcare supplied Clint Schuler with description of plan benefits (attached hereto as Exhibit 1).

4   While employed, Clint Schuler's health plan insurance premiums were deducted from his paychecks

5   and paid to UHC.   When Clint Schuler was no longer employed by Greencraft/Charter Home, Clint

6   Schuler enrolled he and his family in continuing COBRA insurance coverage with United Health Care

7   Company of Arizona under the same plan benefits summary for a period of 18 months, expiring in

8   November 2017.   Clint Schuler paid all his family's health care insurance premiums until the time

9   coverage expired in the fall of 2017.

10         In the fall of 2016, on October 12th, 2016, Clint Schuler and his wife Plezana ShLee Schuler

11   were in a plane crash due to engine failure in a private plane they were flying. The plane force landed

12   and crashed in a field in North Phoenix and both Clint and ShLee were significantly injured and

13   transported to John C Lincoln Hospital in north Phoenix for emergency care.

14         Many different providers performed emergency medical treatment services for Clint and ShLee

15   Schuler under benefit of their UHC COBRA health insurance policy. Some of these emergency

16   providers were never paid and or not paid in full according to the UHC insurance summary of Schuler's

17   plan benefits with Defendants.   Many different grievances and or appeals have been filed by providers

18   and Clint Schuler over the course of the last 18 months in attempt to hold Defendant accountable under

19   the health plan provided for benefit of the Schuler's. Clint Schuler was forced to pay some of these

20   providers 'out of pocket', even though the COBRA policy emergency treatment service benefits should

21   have applied to their emergency care.   Clint Schuler's financial condition and physical recovery has

1     been slowed and impacted negatively by Defendant's actions in not complying with health insurance

2     summary of plan benefits.   Clint Schuler is finally recovered enough to pursue suit against Defendant

3     in hopes this Court will provide relief for his claims of Defendant's breach of implied covenant of good

4     faith and fair dealing.

5

6                                **PARTIES**

7        1.     Plaintiff Clint Schuler, individually, is a married man and resides at 7907 E Portobello

8               Ave., Maricopa County, Mesa, AZ 85212.

9        2.     Defendant United Healthcare Company of Arizona (UHC) is a licensed and registered

10              health insurance provider in Arizona with a principal business location of United

11              Healthcare Co. of Arizona, 1 East Washington St., Suite 1700, Maricopa County,

12              Phoenix, Arizona 85004.

13                     **JURISDICTION AND VENUE**

14        3.     This court has jurisdiction over this action pursuant to the laws of the State of Arizona

15              and County of Maricopa.

16        4.     Venue is appropriate in this court as the parties are under written agreement related to a

17              company health insurance contract issued to Plaintiff, as beneficiary, of Greencraft

18              Interiors Co aka dba Charter Home Alliance group health insurance plan.

19              Greencraft Interiors Co., aka dba Charter Home Alliance, 4675 E Cotton Center Blvd

20              #173, Maricopa County, Phoenix, AZ 85040, is the former employer of Plaintiff whose

21              group health plan, provided by Defendant, insuring Plaintiff during years 2016 and

2017 was policy #911-87726-04, group plan #5U8947, Member ID #976771105. **(see Plan Benefits Exhibit 1 attached)**

## FACTS COMMON TO ALL CLAIMS

5.   Plaintiff incorporates by reference the averments of the preceding paragraphs 1-5 above as though the same were fully set forth herein.

6.   On or about May 2015, Clint Schuler, was employed as estimator for Greencraft Interiors Co. aka dba Charter Home Alliance in Phoenix Arizona.

7.   On or about May 2015, after approx. 2 weeks of employment, Clint Schuler enrolled he and his family as beneficiaries in Defendant UHC's group health plan written for benefit of employer Greencraft Interiors Co. aka dba Charter Home Alliance, Phoenix Arizona and for its employees.

8.   Clint Schuler paid all health care insurance coverage premiums to United Healthcare as required by plan provider during employment with Green Craft Interiors Co. aka dba Charter Home Alliance.

9.   After termination of employment of Clint Schuler with Greencraft Interiors, Clint Schuler elected to enroll he and his family in COBRA healthcare plan with Defendant UHC and paid all healthcare coverage premiums until the expiration of the COBRA plan coverage on 11/30/2016, according to law.

10.  Defendant UHC continued insurance coverage under the Greencraft Interiors group

1   health plan to Clint Schuler under guidelines of COBRA plans and related summary of

2   benefits until 11/30/2016.

3   11.   On October 12th, 2016, Clint Schuler and his wife Plezana ShLee Schuler were involved

4   in an emergency forced landing plane crash due to engine failure in North Phoenix and

5   both Clint and his wife (ShLee) were significantly injured.

6   12.   Clint Schuler suffered a broken jaw, broken and missing teeth, fractured vertebra, a

7   tracheotomy and other injuries in the plane crash accident.

8   13.   Numerous healthcare providers billed Defendant for treatment services supplied to

9   Clint Schuler and Plezana Schuler under insurance contract for the group plan written

10   for Greencraft Interiors Co. aka dba Charter Home Alliance and employees and

11   beneficiaries. **(See Exhibit 2, Excel Spreadsheet of Schuler's medical costs and**

12   **breakdown of payments, deductibles, copay's, out of pocket expenses, etc.)**

13   14.   Defendant UHC did not properly account for out of pocket payments Clint Schuler

14   made for treatment services to providers.

15   15.   Defendant UHC did not properly account for payments in accordance with health plan

16   benefits it made to providers related to Clint Schuler.

17   16.   Plaintiff made payments to providers which Defendant should have been applied to

18   health care plan individual deductibles.

19   17.   Clint Schuler personally made unjust payments to emergency treatment providers

20   improperly classified by Defendant as 'out of network' providers according to

21   insurance plan benefits.

18. The group health insurance plan provided by Defendant to Greencraft Interiors Co aka dba Charter Home Alliance and beneficiaries is plan #5U8947 and Clint Schuler's member ID for he and his family was 976771105.

19. The applicable Health plan ID number issued by Defendant is 911-87726-04.

20. Many of Clint Schuler's claims for treatment by providers were not paid according to the terms of health plan, summary of benefits, issued by Defendant.

21. Clint Schuler has filed grievances and appeals with Defendant UHC regarding Defendant's explanation of benefits regarding short paying and or denying some treatment provider claims.

22. Clint Schuler filed Request for Assistance with the Arizona Department of Insurance in attempts to resolve grievances and appeals with Defendant.

23. On request of Defendant during appeals, Clint Schuler submitted his medical records multiple times and in multiple ways including a flash hard drive mailed to Defendant UHC.

24. Ms. Lucero of Arizona Department of Insurance is aware of Clint Schuler's submissions to UHC of his medical records and attempts to resolve appeals or grievances.

25. Ms. Lucero of Arizona Department of Insurance has had multiple contacts with UHC and provider Dental Specialty Associates in effort to resolve payment for treatment provider claims.

26. Dental Specialty Associates and Dr. Pablo Prichard MD and other providers have filed

1    appeals and submitted medical history and reports to Defendant UHC multiple times in

2    effort to resolve appeals or grievances for payment of claims.

3    27.    In December 2017, Defendant UHC unjustly denied insurance plan benefits coverage

4    for Clint Schuler to the Arizona Department of Insurance related to injuries he sustained

5    in the plane crash accident in 2016.

6
## COUNT 1

7
8
### BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING (BAD FAITH)

9
10    28.    The COBRA health insurance plan issued by Defendant to Greencraft Interiors aka dba

11    Charter Home Alliance is a written contract between Defendant and the Greencraft

12    Interiors Co. aka dba Charter Home Alliance employees as beneficiaries.

13    29.    The COBRA health insurance plan issued by Defendant is a written contract between

14    Defendant and Greencraft Interiors Co. aka dba Charter Home Alliance and Clint

15    Schuler as beneficiary.

16    30.    Every contract imposes upon each party a duty of good faith and fair dealing in its

17    performance and its enforcement.

18    31.    Defendant UHC has complete control of fulfillment and amendment of the contract for

19    health insurance and has abused its control in bad faith.

20    32.    Defendant UHC's conduct in the performance as required in the contract for health

21    insurance is constrained by the Covenant of Good Faith and Fair Dealing.

22    33.    Ms. Michelle Ewald of Defendant UHC Central Affairs was assigned to handle Clint

1  Schuler's appeals and grievance claims via Schuler's request for assistance (ROA) with

2  the Arizona Department of Insurance Agent Dawn Lucero.

3  34. Defendant's agent Ms. Michelle Ewald did not resolve Clint Schuler's claims in

4  accordance with insurance policy summary of plan benefits.

5  35. Defendant UHC's conduct in denying some provider treatment claims frustrated the

6  health care contract between the parties.

7  36. Defendant UHC's conduct in untimely and or improperly processing some of provider

8  treatment claims as outlined in the contract frustrated the health care contract between

9  the parties.

10  37. Defendant UHC's conduct in not properly investigating some of provider treatment

11  claims frustrated the health care contract between the parties.

12  38. Defendant UHC's multiple requests for submissions of claims and related claim

13  information, previously supplied, frustrated the claims process and the health care

14  contract between the parties.

15  39. Defendant UHC's multiple requests for previously submitted medical records related to

16  Clint Schuler's emergency treatment at the time of the plane crash, frustrated the claims

17  process and health care contract between the parties. (See **multiple email history -**

18  **Exhibit 3)**

19  40. In denying just provider claims according to summary of insurance plan benefits,

20  Defendant UHC breached the written healthcare agreement to provide insurance

21  coverage for Greencraft Interiors aka dba Charter Home Alliance employees and

1       specifically Clint Schuler.

2   41.   Defendant UHC failed to perform the things necessary to carry out the purposes for

3         which the insurance agreement was entered.

4   42.   Defendant UHC failed to refrain from destroying or injuring Clint Schuler's right to

5         receive the fruits of the health insurance contract agreement.

6   43.   Defendant UHC consistently denied many of provider claims for Clint Schuler's

7         medical treatments with intent to evade the spirit of the bargain of the health insurance

8         agreement.

9   44.   Defendant with intent in an abuse of power has required meaningless or duplicate

10        documents and information of providers and Clint Schuler in a deliberate effort to deny

11        or stall payment of insurance claims.

12  45.   Defendant UHC has required submission of emergency medical history from Clint

13        Schuler related to treatment at the time of the plane crash, multiple times, to be

14        submitted in multiple ways, in a deliberate and malicious effort to deny claims.

15  46.   Defendant UHC has required healthcare providers to submit Clint Schuler's emergency

16        medical history at the time of the plane crash, multiple times, in multiple different

17        formats, in a deliberate and malicious effort to deny claims.

18  47.   Defendant UHC has not paid plan benefits as outlined in summary of plan benefits for

19        healthcare plan provided to Greencraft Interiors aka dba Charter Home Alliance

20        employees.

21  48.   Defendant UHC has not paid plan benefits as outlined in summary of plan benefits for

1    healthcare plan provided to Greencraft Interiors and specifically in relation to Clint

2    Schuler and his medical bills.

3  49.  Clint Schuler relied on the health insurance of Defendant insurer UHC to pay medical

4    bills of providers who treated him at the time of the plane crash accident and for

5    continuing treatments during recovery.

6  50.  Clint Schuler believed the agreement with Defendant insurer UHC would pay his

7    medical bills for emergency treatments he received from providers, minus his properly

8    accounted for individual deductible.

9  51.  In purchasing insurance through the COBRA program with Defendant UHC, Clint

10    Schuler relied on the security which health insurance offers in the event of a catastrophe

11    such as the plane crash accident in which Clint and his wife ShLee were involved.

12  52.  Defendant UHC's bad faith conduct in denying and not timely processing and properly

13    paying provider treatment claims, exposed Clint to the very 'catastrophe of medical

14    bills' and the inability to obtain proper medical treatment for injuries, for which he

15    purchased health insurance to protect him and his family.

16  53.  Defendant UHC as insurer owes a duty to Clint Schuler and family in accordance with

17    the COBRA contract for health insurance.

18  54.  The essence of Defendant UHC's duty is that it shall not act to impair the right of Clint

19    Schuler and family to receive the benefits which flow from the COBRA health

20    insurance agreement and or contractual relationship.

21  55.  Defendant UHC is bound to refrain from any action which would impair the benefits

which Clint Schuler and family had right to expect from the contractual relationship in the COBRA health insurance agreement.

56. Clint Schuler has had to pay medical bills and expenses individually; which bills should have been paid under benefit of the Defendant's written health care insurance plan.

57. Some of Clint Schuler's medical treatments have been delayed significantly because of actions of Defendants in unjustly disputing provider claims for plan benefits for Clint Schuler.

58. Due to Defendants unjust denials of health care plan benefit coverage for providers, Clint Schuler has filed multiple grievances or appeals for plan benefits with Defendant.

59. Clint Schuler's physical recovery from injuries sustained has been lengthened or negatively impacted by Defendant's actions in unjustly disputing or stalling payment to providers for healthcare plan benefits.

60. Clint Schuler has spent countless hours disputing plan benefits with Defendant in effort to pay providers, so his medical treatments could be continued during his recovery.

61. To date, due to Defendant's actions in not justly and timely paying treatment provider claims allowed under plan benefits, Clint Schuler is still awaiting the balance of medical treatment necessary for recovery of his jaw, mouth and teeth, after injury sustained in the original plane crash accident.

62. In the plane crash, Clint Schuler suffered injuries including broken vertebra, broken jaw including loss of many teeth and other injuries.

63. Emergency personnel performed a tracheotomy on Clint Schuler to save his life.

64. Clint Schuler's jaw was wired shut for approx. 8 weeks while his jaw healed after emergency surgery.

65. Defendant, UHC, contrary to summary of plan benefits, either denied medical insurance coverage all together, or improperly applied deductible and or out of pocket expenses to some of Clint Schuler's emergency and continuing medical treatments and billings by providers.

66. Defendant UHC did not properly investigate claims by treatment providers related to emergency treatment services for Clint Schuler prior to denying claims or partially paying claims.

67. Defendant Clint Schuler has been forced to pay or incur medical expenses including deductibles and co-payments which Defendant UHC should have paid under summary of insurance plan benefits.

68. Defendant UHC has engaged in unreasonable delay in the processing of providers claims related to medical treatment for Clint Schuler.

69. Clint Schuler's medical recovery has been slowed due to actions of Defendants in not paying providers for medical and dental billings related to Clint Schuler's continuing treatment of original injuries sustained in the plane crash.

70. Clint Schuler made payments to medical providers more than requirements outlined in Defendant's health plan summary of benefits providing health insurance coverage with Defendants.

71. Doctor Pablo Prichard MD of Phoenix performed the maxillofacial surgery to repair

1    Clint Schuler's fractured jaw and wired his mouth shut.

2    72.    Dr. Pablo Prichard performed additional surgery on Clint.

3    73.    Doctor Pablo Prichard's surgeries were instrumental in saving Clint's life and

4           Defendant's refuse to pay treatment claims in accordance with insurance summary plan

5           benefits.

6    74.    When Clint's jaw was fractured at the time of the plane accident, he lost or damaged

7           approx. 12 teeth.

8    75.    Dr. Pablo Prichard MD and related providers billed Defendants for medical services

9           provided to Clint Schuler, in approximate amount of $245,998.00, and Defendant UHC

10          did not compensate Dr. Pablo Prichard as agreed and as outlined in contract to provide

11          health insurance to Plaintiff according to summary of plan benefits. **(See Exhibit 6 –**

12          **Explanations of Benefits UHC)**

13   76.    Dr. Pablo Prichard MD later performed surgery to remove wires on Clint's jaw and

14          thereafter Clint Schuler's sought medical and dental services from Dental Specialty

15          Associates of Arizona and other providers in accordance with and reliance on insurance

16          summary of plan benefits.

17   77.    Clint Schuler has had to come financially 'out of pocket' to pay other providers hired or

18          subcontracted by Dr. Prichard for services during surgery, which services were not paid

19          by Defendant as agreed in health insurance agreement and summary of plan benefits.

20   78.    Dental Specialty Associates provided many different medical and dental services to

21          Clint Schuler over the course of the last approx. 18 months without being properly

1    compensated by Defendant as outlined under health insurance agreement and summary

2    of plan benefits. (See **Exhibit 7 Explanation of Benefits UHC**)

3    79.    Dental Specialty Associates performed bone grafts and teeth extraction as a part of

4    medical services for Clint Schuler required due to injuries in the plane crash accident.

5    80.    Dental Specialty Associates denied and slowed treatment of Clint Schuler due to

6    Defendant's unjust, non-payment of treatment services it provided to Schuler.

7    81.    Dental Specialty Associates obtained preapproval for authorized treatment services to

8    be provided for Clint Schuler.

9    82.    Despite preauthorization for Clint Schuler's treatment services, Defendant UHC did not

10    provide benefit payments to Dental Specialty Associates.

11    83.    Clint Schuler paid Dental Specialty Associates and Apex Endodontics for medical

12    treatment services in amount of $9117.26 which amounts should have been paid by

13    Defendant UHC under contract agreement for medical health insurance according to

14    plan summary benefits. (See **Exhibit 8**)

15    84.    Clint Schuler's remaining medical treatment services to be performed at Dental

16    Specialty Associates are in the amount of approx. $14,040.80. (See **Exhibit 9**)

17    85.    Clint Schuler's remaining medical treatment services at Dental Specialty Associates

18    would have been completed within the term of the COBRA UHC plan, had Defendant

19    UHC not stalled some payments to Dental Specialty Associates for nearly 12 months

20    86.    Clint Schuler has filed multiple grievances, appeals or requests for reconsideration of

21    benefits for treatment services under summary of plan benefit health insurance coverage

1    with Defendant, which some grievances and requests for benefits have been unjustly

2    denied by Defendant. **(See Exhibit 10)**

3    87.   Dental Specialty Associates, to date, is billing Clint Schuler in amount of $3745.34 for

4    services provided and not paid by Defendant under agreement for health insurance

5    coverage. **(See Exhibit 5).**

6    88.   Central Anesthesia Associates PLC has billed Clint Schuler $3,686.09 for treatment

7    services related to surgery performed by Dr. Pablo Prichard, which treatment services

8    were not paid by Defendant UHC. **(See Exhibit 11)**

9    89.   Dr. Godwin Izuegbunam MD PC has billed Clint Schuler $1313.50 for treatment

10    services related to emergency surgery, which treatment services were not paid by

11    Defendant UHC. **(See Exhibit 12)**

12    90.   Providers Dr. Pablo Prichard and Dental Specialty Associates and others have filed

13    grievances or appeals for treatment services to be covered under plan summary benefits

14    with Defendant, which some requests have been denied.

15    91.   In seeking payment of benefits for Clint Schuler's medical and dental work necessary to

16    repair his broken jaw and missing teeth, provider Dental Specialty Associates

17    completed a peer to peer review in line with Defendant's appeals process, which peer

18    review determined benefits should be paid, yet Defendant refuses to pay provider as

19    agreed and determined in review.

20    92.   Clint Schuler paid deductibles and co-payments related to his required teeth cleaning,

21    root canals, and dental prosthesis under separate dental insurance which should have

1    been paid via medical benefits under summary of benefits of health insurance coverage

2    with Defendant UHC.

3    93.   All treatment provided to Clint Schuler for his fractured jaw and dental reconstruction

4          surgeries should have been covered by Defendant under COBRA continuing medical

5          coverage pursuant to summary of plan benefits.

6    94.   Defendant UHC is fully aware and has been provided complete history of Clint

7          Schuler's medical treatment at John C Lincoln Hospital at the time of the plane crash.

8    95.   Defendant is fully aware Clint Schuler fractured his jaw in the plane accident and lost

9          several teeth and suffered bone loss and damage.

10   96.   Defendant refuses to pay provider(s) for medical treatments related to Clint Schuler's

11         fractured jaw, related jaw bone and teeth loss.

12   97.   Defendant refuses to properly credit Clint Schuler for deductibles paid pursuant to

13         insurance summary of plan benefits.

14   98.   Defendant did not properly credit Clint Schuler for out of pocket expenses pursuant to

15         insurance summary of plan benefits.

16   99.   Defendant did not properly account for emergency expenses in provider treatment

17         claims because of the plane accident and in accordance with insurance summary of plan

18         benefits.

19   100.  Defendant paid some claims for Clint Schuler's emergency treatment services as 'out of

20         network' treatment services by providers in violation of summary of plan benefits.

21   101.  Defendant has refused to cover treatment expenses related to Clint Schuler's fractured

jaw and unjustly required Plaintiff and or providers to bill Plaintiff's separate dental insurance policy.

102. Defendant's actions in stalling and or not justly and timely paying providers as outlined in summary of plan benefits has caused Clint Schuler emotional distress.

103. Defendant's actions in stalling and or not justly and timely paying providers as outlined in summary of plan benefits has caused Clint Schuler loss of enjoyment of life in slow medical recovery.

104. Defendant's actions in stalling and or not justly and timely paying providers as outlined in summary of plan benefits has caused Clint Schuler financial losses.

105. Defendant's actions in stalling and or not justly and timely paying providers as outlined in summary of plan benefits has caused Clint Schuler undue burden.

106. Defendant's actions in stalling and or not justly and timely paying providers as outlined in summary of plan benefits has caused Clint Schuler loss of employment income.

107. . Defendant's bad faith conduct was unjustly utilized to stall and prevent payment for some treatment services related to the plane crash accident which Clint Schuler was involved.

**CONCLUSION**

In summary, Clint Schuler was insured under group health plan with Defendant UHC with continuing COBRA coverage until 11/30/2017. Clint Schuler was significantly injured in a plane crash accident over a year ago. Defendant UHC has not provided insurance benefits to Clint Schuler and treatment providers as outlined in the

insuring agreement and plan summary benefits.   Clint Schuler has been forced to spend time and money paying for treatment services and filing appeals and grievances with Defendant UHC.   Some appeals and grievances for treatment service of providers have been unjustly denied and stalled by UHC until expiration of COBRA plan benefits for Clint Schuler.   Clint Schuler's treatment and recovery has been negatively affected by unjust and breach of implied covenant of good faith and fair dealing by Defendant UHC.   Clint Schuler has been economically and physically damaged by bad faith conduct of Defendant UHC.

## REQUESTED RELIEF

THEREFORE, Plaintiff Clint Schuler prays judgment against Defendant for:

- Economic and non-economic damages including but not limited to reimbursement of overpayment of insurance deductibles, reimbursements of improperly charged co-payments and or improperly accounted emergency service treatment amounts, court fees, interest allowed by law at statutory rate, any reasonable and just attorney fees; and amounts remaining unpaid to treatment providers including Doctor Pablo Prichard, Central Anesthesia Associates, Dr. Godwin Izuegbunam, Apex Endodontics, Dental Specialty Associates and other medical providers who have not been fully paid in amount not less than $254,918.29.

1       • Reimbursement of medical and dental amounts paid by Clint Schuler to Dental

2         Specialty Associates and Apex Endodontics in the amount of $9,117.26

3       • Pain and suffering and loss of enjoyment of life due to delayed medical treatments and

4         prolonged recovery from significant injuries

5       • Administrative processing of remaining outstanding treatment service provider claims

6       • Defendant's proper forensic accounting of Plaintiff's insurance plan benefits

7         including; deductibles paid in 2016 and 2017, co-payments, in network benefits, out of

8         network benefits, emergency treatment service benefits, unpaid amounts currently

9         owed to providers.

10      • Reimbursement for Clint Schuler's payments to Dr. Godwin Izuegbunam MD PC in

11        amount of $1313.50 for treatment services which should have been paid by Defendant

12        according to plan summary benefits.

13      • Payment to be tendered to Dental Specialty Associates for remaining treatment

14        services necessary for the reconstruction of Clint Schuler's jaw and teeth due to

15        injuries sustained in the plane accident in approximate amount not less than $14,040.80

16        which should have been paid by Defendant UHC plan benefits.

17      • Exemplary damages, according to law to be proven at trial.

18

1    Plaintiff further prays this court award judgment against Defendant(s) in favor of Plaintiff for

2   any other amount to be determined suitable and related damages as allowed by law and caused by

3   Defendants to Plaintiff, to be proven at trial.

4

5    Respectfully Submitted, dated this 23rd day of February 2018.

6   electronic signature – ____Clint Schuler        _____

7            Clint Schuler,
8            7907 E Portobello Ave.,
9            Mesa, AZ 85212
10           480-721-9023
11           schulerclint@gmail.com
12

Plaintiff's EXHIBIT 1



# 2017 Summary of
# BENEFITS

**UnitedHealthcare Dual Complete® (HMO SNP)**

H0321-002

Our service area includes the following counties in:
**Arizona:** Apache, Cochise, Coconino, Graham, Greenlee, La Paz, Maricopa, Mohave, Navajo, Pima, Pinal, Santa Cruz, Yavapai, Yuma.



This is a summary of drug coverages and health services provided by UnitedHealthcare Dual Complete® (HMO SNP)
January 1st, 2017 - December 31st, 2017.



For more information, please contact Customer Service at:

Toll-Free **1-888-834-3721,** TTY **711**
8 a.m. - 8 p.m. local time, 7 days a week

**www.UHCCommunityPlan.com**



**UnitedHealthcare®**
**Community Plan**

Y0066_SB_H0321_002_2017 CMS Accepted

# Summary of Benefits

## January 1st, 2017 - December 31st, 2017

We're dedicated to providing clear and simple information about your plan so you always stay fully informed. The following information is a breakdown of what we cover and what you pay. This is called "cost-sharing" or "out-of-pocket" costs. Cost-sharing includes co-pays, co-insurance and deductibles. This will help you control your health care costs throughout the plan year.

Keep in mind that this isn't a full list of benefits we provide, it's just an overview. To get a complete list, visit our website at www.UHCCommunityPlan.com to see the "Evidence of Coverage" or call customer service with any questions.

## About this plan.

UnitedHealthcare Dual Complete® (HMO SNP) is a Medicare Advantage HMO plan with a Medicare contract.

To join UnitedHealthcare Dual Complete® (HMO SNP), you must be entitled to Medicare Part A, be enrolled in Medicare Part B, live in our service area as listed on the cover, and be a United States citizen or lawfully present in the United States.

UnitedHealthcare Dual Complete® (HMO SNP) is a Full Dual Eligible Special Needs Plan (D-SNP). It is designed for people entitled to both Medicare and Medicaid. If you have both Medicare and Medicaid, your services are paid first by Medicare and then by Medicaid. Your Medicaid coverage depends on your income, resources and other factors. For an explanation of the categories of people who can enroll please see the Medicaid section after the benefits chart.

## What's inside?

**Plan Premiums, Annual Deductibles, and Benefits**

See plan costs including the monthly plan premium, deductible and maximum out-of-pocket limit.

UnitedHealthcare Dual Complete® (HMO SNP) has a network of doctors, hospitals, pharmacies, and other providers. If you use the providers or pharmacies that are not in our network, the plan may not pay for these services or drugs, or you may pay more than you pay at an in-network pharmacy.

You can search for a network provider and pharmacy in the online directories at www.UHCCommunityPlan.com.

**Drug Coverage**

Look to see what drugs are covered along with any restrictions in our plan formulary (list of Part D prescription drugs) found at www.UHCCommunityPlan.com.

**Medicaid Benefits**

If you qualify for Medicaid and Medicare there are programs that can help pay premiums, deductibles, co-pays and co-insurance.

# UnitedHealthcare Dual Complete® (HMO SNP)

| Premiums and Benefits | In-Network |
|---|---|
| **Monthly Plan Premium** | There is no monthly premium for this plan. |
| **Annual Medical Deductible** | $166 for outpatient services from in-network providers. These amounts may change for 2017. |
| **Maximum Out-of-Pocket Amount** (does not include prescription drugs) | $6,700 annually for services you receive from in-network providers. |
| | If you reach the limit on out-of-pocket costs, you keep getting covered hospital and medical services and we will pay the full cost for the rest of the year.<br><br>Please note that you will still need to pay your monthly premiums and cost-sharing for your Part D prescription drugs. |

# UnitedHealthcare Dual Complete® (HMO SNP)

| Benefits | | In-Network |
|---|---|---|
| **Inpatient Hospital Coverage** | | $1,288 upon admission: for days 1-60<br>$322 co-pay per day: for days 61-90<br>$644 co-pay per day: for days 91-150 (lifetime reserve days) |
| | | Our plan covers 90 days for an inpatient hospital stay.<br><br>These are the 2016 amounts and may change for 2017. |
| **Doctor Visits** | Primary | 20% of the cost |
| | Specialists | 20% of the cost |
| **Preventive Care** | Medicare-covered | $0 co-pay |
| **Emergency Care** | | $75 co-pay ($0 co-pay for worldwide coverage) per visit<br><br>If you are admitted to the hospital within 24 hours, you pay the inpatient hospital co-pay instead of the Emergency co-pay. See the "Inpatient Hospital Care" section of this booklet for other costs. |
| **Urgently Needed Services** | | $65 co-pay |
| **Diagnostic Tests, Lab and Radiology Services, and X-Rays** | Diagnostic radiology services (e.g. MRI) | 20% of the cost |
| | Lab services | $0 co-pay |
| | Diagnostic tests and procedures | 20% of the cost |
| | Therapeutic Radiology | 20% of the cost |
| | Outpatient X-rays | 20% of the cost |

| Benefits | | In-Network |
|---|---|---|
| **Hearing Services** | Exam to diagnose and treat hearing and balance issues | 20% of the cost |
| | Routine hearing exam | $0 co-pay; 1 per year |
| | Hearing aid | $1,500 allowance every 2 years |
| **Dental Services** | Preventive | $0 co-pay for covered services (exam, cleaning, x-rays) |
| | Comprehensive | $0 co-pay for covered services |
| | Benefit limit | $2,500 limit on all covered dental services |
| **Vision Services** | Exam to diagnose and treat diseases and conditions of the eye | 20% of the cost |
| | Eyewear after cataract surgery | $0 co-pay |
| | Routine eye exam | $0 co-pay Up to 1 every year |
| | Eyewear | $0 co-pay every 2 years; up to $150 for lenses/frames or contacts |
| **Mental Health Care** | Inpatient visit | $1,288 upon admission; $322 co-pay per day: for days 61-90; $644 co-pay per day: for days 91-150 (lifetime reserve days). |
| | | Our plan covers 90 days for an inpatient hospital stay. These are the 2016 amounts and may change for 2017. |
| | Outpatient group therapy visit | 20% of the cost |
| | Outpatient individual therapy visit | 20% of the cost |

| Benefits | | In-Network |
|---|---|---|
| **Skilled Nursing Facility (SNF)** (Stay must meet Medicare coverage criteria) | | $0 co-pay per day: for days 1-20<br>$161 co-pay per day: for days 21-100 |
| | | Our plan covers up to 100 days in a SNF.<br><br>These are the 2016 amounts and may change for 2017. |
| **Rehabilitation Services** | Occupational therapy visit | $0 co-pay |
| | Physical therapy and speech and language therapy visit | 20% of the cost |
| **Ambulance** | | 20% of the cost |
| **Routine Transportation** | | $0 co-pay; 24 one-way trips per year to or from approved locations; limited to routine dental, vision, podiatry or hearing services not covered by Original Medicare |
| **Foot Care** (podiatry services) | Foot exams and treatment | 20% of the cost |
| | Routine foot care | $0 co-pay; for each visit up to 4 visits every year |
| **Medical Equipment / Supplies** | Durable Medical Equipment (e.g., wheelchairs, oxygen) | 20% of the cost |
| | Prosthetics (e.g., braces, artificial limbs) | 20% of the cost |
| **Wellness Programs** | Fitness program through SilverSneakers® Fitness program | Basic membership in a fitness program at a network location. |

| Benefits | | In-Network |
|---|---|---|
| **Medicare Part B Drugs** | Chemotherapy drugs | 20% of the cost |
| | Other Part B drugs | 20% of the cost |

# Prescription Drugs

If you don't qualify for Low-Income Subsidy (LIS), you pay the Medicare Part D cost share outlined in the Evidence of Coverage. If you do qualify for Low-Income Subsidy (LIS) you pay:

| | |
|---|---|
| **Annual Prescription Deductible** | Your deductible amount is either $0 or $82, depending on the level of "Extra Help" you receive. |
| **30-day supply from retail network pharmacy** | |
| **Generic (including brand drugs treated as generic)** | $0, $1.20, $3.30 co-pay, or 15% of the total cost |
| **All Other Drugs** | $0, $3.70, $8.25 co-pay, or 15% of the total cost |

| Additional Benefits | | In-Network |
|---|---|---|
| **Chiropractic Care** | Manual manipulation of the spine to correct subluxation | $0 co-pay |
| | Routine chiropractic care | $10 co-pay; 18 visits per year |
| **Diabetes Management** | Diabetes monitoring supplies | $0 co-pay<br><br>We only cover blood glucose monitors and test strips from the following brands: OneTouch Ultra®2 System, OneTouch UltraMini®, OneTouch Verio®, OneTouch Verio® Sync, OneTouch Verio® IQ, OneTouch Verio® Flex System Kit, ACCU-CHEK® Nano SmartView, and ACCU-CHEK® Aviva Plus. |
| | Diabetes Self-management training | $0 co-pay |
| | Therapeutic shoes or inserts | 20% of the cost |
| **Home Health Care** | | $0 co-pay |
| **Hospice** | | You pay nothing for hospice care from any Medicare-approved hospice. You may have to pay part of the costs for drugs and respite care. Hospice is covered by Original Medicare, outside of our plan. |
| **NurseLine**ˢᵐ | | Speak with a registered nurse (RN) 24 hours a day, 7 days a week |
| **Outpatient Surgery** | | 20% of the cost |
| **Outpatient Substance Abuse** | Outpatient group therapy visit | 20% of the cost |
| | Outpatient individual therapy visit | 20% of the cost |
| **Health Products Benefit** | | $130 credit per quarter to use on approved health products |

| Additional Benefits | In-Network |
|---|---|
| **Renal Dialysis** | 20% of the cost |

# Medicaid Benefits
## Information for People with Medicare and Medicaid

UnitedHealthcare Dual Complete (HMO SNP) is a Full Dual Eligible Special Needs Plan (D-SNP). It is designed for persons entitled to both Medicare and Medicaid. If you have both Medicare and Medicaid, your services are paid first by Medicare and then by Medicaid. Your Medicaid coverage depends on your income, resources and other factors.

Below are the categories of people who can enroll in UnitedHealthcare Dual Complete (HMO SNP):

- **Qualified Medicare Beneficiary Plus (QMB+).** You get Medicaid coverage of Medicare cost-share and are also eligible for full Medicaid benefits. Medicaid pays your Part A and Part B premiums, deductibles, coinsurance and copayment amounts.
- **Specified Low-Income Medicare Beneficiary Plus (SLMB+).** Medicaid pays your Part B premium and provides full Medicaid benefits.
- **Full Benefits Dual Eligible (FBDE).** Medicaid may provide limited assistance with Medicare cost-sharing. Medicaid also provides full Medicaid benefits.

**If you are a QMB+ Beneficiary:**
You have 0% cost-share, except for Part D prescription drug copays.

**If you are a SLMB+ or FBDE:**
You are eligible for full Medicaid benefits. At times you may also be eligible for limited assistance from the Arizona Health Care Cost Containment System (AHCCCS) in paying your Medicare cost share amounts. Generally your cost share is 0% when the service is covered by both Medicare and Medicaid. There may be cases where you have to pay cost sharing when a service or benefit is not covered by Medicaid.

If your category of Medicaid eligibility changes, your cost share may also increase or decrease. You must recertify your Medicaid enrollment to continue to receive your Medicare coverage

**How to Read the Medicaid Benefit Chart:**
The benefits described below are covered by Medicaid. The benefits described in the Covered Medical and Hospital Benefits section of the Summary of Benefits are covered by Medicare. For each benefit listed below, you can see what Arizona Health Care Cost Containment System (AHCCCS) covers and what our plan covers. If a benefit is used up or not covered by Medicare, then Medicaid may provide coverage. This depends on your type of Medicaid coverage.

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
|---|---|---|---|
| **Nursing Facility** | Member contribution determined by Medicaid Agency | Member contribution determined by Medicaid Agency | Not Covered |
| **Home and Community Based Services** | Member contribution determined by Medicaid Agency | Member contribution determined by Medicaid Agency | Not Covered |
| **Medicare-covered services** | | | |
| **Ambulance** | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Chiropractic Care** | $0 | $0 for age 20 and under.<br><br>*Not covered for people age 21 and over.* | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| --- | --- | --- | --- |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
| **Dental Services** | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Diabetes Supplies and Services** | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Diagnostic Tests, Lab and Radiology Services, and X-Rays** (Costs for these services may be different if received in an outpatient surgery setting) | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| --- | --- | --- | --- |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
| **Doctor Office Visits** | $0 | $0 to $5 depending on eligibility* for age 19 and over.<br><br>$0 for age 18 and under. | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Durable Medical Equipment** (wheelchairs, oxygen, etc.) | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Emergency Care** | $0 | $30 for Non-Emergency use of the ER depending on eligibility* for age 19 and over.<br><br>$0 for all others.<br><br>*Emergency Room visits for which presenting problem(s) are usually minor or self-limited - indicated by procedure 99281 are not covered for people age 21 and over.* | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Foot Care** (podiatry services) | $0 | $0 for people age 20 and under, if furnished by a Podiatrist<br><br>*Not covered for people age 21 and over.* | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
|---|---|---|---|
| **Hearing Services** | $0 for people age 20 and under.<br><br>*Not covered for people age 21 and over.* | $0 for people age 20 and under.<br><br>*Not covered for people age 21 and over.* | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Home Health Care** | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Mental Health Care** | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Outpatient Rehabilitation** | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| --- | --- | --- | --- |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
| **Outpatient Substance Abuse** | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Outpatient Surgery** | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Prosthetic Devices** (braces, artificial limbs, etc.) | $0 | $0<br><br>*Lower Limb microprocessor controlled limb or joint not covered for adults age 21 and over.* | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Renal Dialysis** | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
| --- | --- | --- | --- |
| **Urgently Needed Services** | $0 | $0 to $5 depending on eligibility* for age 19 and over.<br><br>$0 for age 18 and under. | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Vision Services** | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Preventive Care** | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| --- | --- | --- | --- |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
| Hospice | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | Depending on your level of Medicaid eligibility, Medicaid may pay your Medicare cost sharing amount.<br><br>For services not covered by Medicare or if the benefit is exhausted, Medicaid may provide additional coverage subject to the following cost share amounts:<br><br>$0 co-pay for Medicaid services | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| Inpatient Hospital Care | $0 | $0<br><br>*For age 21 and over limited to 25 days per 1 year period beginning October 1st of each year* | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| Inpatient Mental Health Care | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| Skilled Nursing Facility (SNF) | $0 | $0 | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| --- | --- | --- | --- |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
| **Prescription Drug Benefits** | $0 | **Generic**<br><br>$0 to $4 depending on eligibility* for age 19 and over<br><br>$0 for age 18 and under<br><br>**Brand**<br><br>$0 to $10 depending on eligibility* for age 19 and over<br><br>$0 for age 18 and under | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Additional services available through UnitedHealthcare Dual Complete® (HMO SNP)** | | | |
| **Additional Dental Services** | Not Covered | Not Covered | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Additional Foot Care** | Not Covered | Not Covered | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Additional Hearing Services** | Not Covered | Not Covered | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

| Benefit | Arizona Health Care Cost Containment System (AHCCCS) | | UnitedHealthcare Dual Complete® (HMO SNP) |
| | QMB or QMB+ You Pay | SLMB+ or FBDE You pay | |
| --- | --- | --- | --- |
| **Over-the-Counter Items** | Not Covered | Not Covered | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Transportation** (routine) | Not Covered | Not Covered | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |
| **Additional Vision Services** | Not Covered | Not Covered | **Covered.** See the benefits charts for applicable cost sharing amount earlier in this booklet. |

This information is not a complete description of benefits. Contact the plan for more information. Limitations, co-payments, and restrictions may apply.

The Formulary, pharmacy network, and/or provider network may change at any time. You will receive notice when necessary.

Benefits, premium and/or co-payments/co-insurance may change on January 1 of each year.

Premiums, co-pays, co-insurance, and deductibles may vary based on the level of Extra Help you receive. Please contact the plan for further details.

You must continue to pay your Medicare Part B premium if not otherwise paid for under Medicaid or by another third party.

You are not required to use OptumRx home delivery for a 90 day supply of your maintenance medication. If you have not used OptumRx home delivery, you must approve the first prescription order sent directly from your doctor to OptumRx before it can be filled. New prescriptions from OptumRx should arrive within ten business days from the date the completed order is received, and refill orders should arrive in about seven business days. Contact OptumRx anytime at 1-877-889-5802, TTY 711. OptumRx is an affiliate of UnitedHealthcare Insurance Company.

Plans are insured through UnitedHealthcare Insurance Company or one of its affiliated companies, a Medicare Advantage organization with a Medicare contract and a contract with the State Medicaid Program. This plan is available to anyone who has both Medical Assistance from the State and Medicare. Enrollment in the plan depends on contract renewal with Medicare.

If you want to know more about the coverage and costs of Original Medicare, look in your current "Medicare & You" handbook. View it online at http://www.medicare.gov or get a copy by calling 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048.

This document is available in other formats such as Braille and large print. This document may be available in a non-English language. For additional information, call us at 1-888-834-3721.

This information is available for free in other languages. Please call our customer service number at 1-888-834-3721, TTY 711, 8 a.m. - 8 p.m. local time, 7 days a week.

Esta información está disponible sin costo en otros idiomas. Comuníquese con nuestro Servicio al Cliente al número 1-888-834-3721, TTY 711, 8 a.m. a 8 p.m. hora local, los 7 días de la semana.

The company does not discriminate on the basis of race, color, national origin, sex, age, or disability in health programs and activities.

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla español (Spanish), hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 (Chinese)，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

## Multi-language Interpreter Services

English: We have free interpreter services to answer any questions you may have about our health or drug plan. To get an interpreter, just call us at 1-888-834-3721. Someone who speaks English/ Language can help you. This is a free service

Spanish: Tenemos servicios de intérprete sin costo alguno para responder cualquier pregunta que pueda tener sobre nuestro plan de salud o medicamentos. Para hablar con un intérprete, por favor llame al 1-888-834-3721. Alguien que hable español le podrá ayudar. Este es un servicio gratuito.

Chinese Mandarin: 我们提供免费的翻译服务，帮助您解答关于健康或药物保险的任何疑问。如果您需要此翻译服务，请致电 1-888-834-3721。 我们的中文工作人员很乐意帮助您。 这是一项免费服务。

Chinese Cantonese: 您對我們的健康或藥物保險可能存有疑問，為此我們提供免費的翻譯服務。如需翻譯服務，請致電1-888-834-3721。我們講中文的人員將樂意為您提供幫助。這是一項免費服務。

Tagalog: Mayroon kaming libreng serbisyo sa pagsasaling-wika upang masagot ang anumang mga katanungan ninyo hinggil sa aming planong pangkalusugan o panggamot. Upang makakuha ng tagasaling-wika, tawagan lamang kami sa 1-888-834-3721. Maaari kayong tulungan ng isang nakakapagsalita ng Tagalog. Ito ay libreng serbisyo.

French: Nous proposons des services gratuits d'interprétation pour répondre à toutes vos questions relatives à notre régime de santé ou d'assurance-médicaments. Pour accéder au service d'interprétation, il vous suffit de nous appeler au 1-888-834-3721. Un interlocuteur parlant Français pourra vous aider. Ce service est gratuit.

Vietnamese: Chúng tôi có dịch vụ thông dịch miễn phí để trả lời các câu hỏi về chương sức khỏe và chương trình thuốc men. Nếu quí vị cần thông dịch viên xin gọi 1-888-834-3721 sẽ có nhân viên nói tiếng Việt giúp đỡ quí vị. Đây là dịch vụ miễn phí.

German: Unser kostenloser Dolmetscherservice beantwortet Ihren Fragen zu unserem Gesundheits- und Arzneimittelplan. Unsere Dolmetscher erreichen Sie unter 1-888-834-3721. Man wird Ihnen dort auf Deutsch weiterhelfen. Dieser Service ist kostenlos.

Korean: 당사는 의료 보험 또는 약품 보험에 관한 질문에 답해 드리고자 무료 통역 서비스를 제공하고 있습니다. 통역 서비스를 이용하려면 전화1-888-834-3721번으로 문의해 주십시오. 한국어를 하는 담당자가 도와 드릴 것입니다. 이 서비스는 무료로 운영됩니다.

Russian: Если у вас возникнут вопросы относительно страхового или медикаментного плана, вы можете воспользоваться нашими бесплатными услугами переводчиков. Чтобы воспользоваться услугами переводчика, позвоните нам по телефону 1-888-834-3721. Вам окажет помощь сотрудник, который говорит по-русски. Данная услуга бесплатная.

Arabic:

إننا نقدم خدمات المترجم الفوري المجانية للإجابة عن أي أسئلة تتعلق بالصحة أو جدول الأدوية لدينا. للحصول على مترجم فوري، ليس عليك سوى الاتصال بنا على 1-888-438-1273. سيقوم شخص ما يتحدث العربية بمساعدتك. هذه خدمة مجانية.

Hindi: हमारे स्वास्थ्य या दवा की योजना के बारे में आपके किसी भी प्रश्न के जवाब देने के लिए हमारे पास मुफ्त दुभाषिया सेवाएँ उपलब्ध हैं. एक दुभाषिया प्राप्त करने के लिए, बस हमें 1-888-834-3721 पर फोन करें. कोई व्यक्ति जो हिन्दी बोलता है आपकी मदद कर सकता है. यह एक मुफ्त सेवा है.

Italian: È disponibile un servizio di interpretariato gratuito per rispondere a eventuali domande sul nostro piano sanitario e farmaceutico. Per un interprete, contattare il numero 1-888-834-3721. Un nostro incaricato che parla Italianovi fornirà l'assistenza necessaria. È un servizio gratuito.

Portugués: Dispomos de serviços de interpretação gratuitos para responder a qualquer questão que tenha acerca do nosso plano de saúde ou de medicação. Para obter um intérprete, contacte-nos através do número 1-888-834-3721. Irá encontrar alguém que fale o idioma Português para o ajudar. Este serviço é gratuito.

French Creole: Nou genyen sèvis entèprèt gratis pou reponn tout kesyon ou ta genyen konsènan plan medikal oswa dwòg nou an. Pou jwenn yon entèprèt, jis rele nou nan 1-888-834-3721. Yon moun ki pale Kreyòl kapab ede w. Sa a se yon sèvis ki gratis.

Polish: Umożliwiamy bezpłatne skorzystanie z usług tłumacza ustnego, który pomoże w uzyskaniu odpowiedzi na temat planu zdrowotnego lub dawkowania leków. Aby skorzystać z pomocy tłumacza znającego język polski, należy zadzwonić pod numer 1-888-834-3721. Ta usługa jest bezpłatna.

Japanese: 当社の健康 健康保険と薬品 処方薬プランに関するご質問にお答えするため に、無料の通訳サービスがありますございます。通訳をご用命になるには、1-888-834-3721 にお電話ください。日本語を話す人 者 が支援いたします。これは無料のサービスです。

# Vendor Information

Before contacting any of the providers below you must be fully enrolled in UnitedHealthcare Dual Complete® (HMO SNP).

| Benefit Type | Vendor Name | Contact Information |
|---|---|---|
| **Hearing Exams** | EPIC Hearing Health Care | 1-866-956-5400, TTY 711<br>6 a.m. - 6 p.m. Pacific Standard Time, Monday - Friday<br>www.epichearing.com |
| **Hearing Aids** | EPIC Hearing Health Care | 1-866-956-5400, TTY 711<br>6 a.m. - 6 p.m. Pacific Standard Time, Monday - Friday<br>www.epichearing.com |
| **Vision Care** | Nationwide™ Vision | 1-877-614-0623, TTY 711<br>8 a.m. - 8 p.m. local time, 7 days a week<br>www.UHCCommunityPlan.com |
| **Dental Services** | UnitedHealthcare Dental | 1-877-614-0623, TTY 711<br>8 a.m. - 8 p.m. local time, 7 days a week<br>www.UHCCommunityPlan.com |
| **Chiropractic Services** | OptumHealth™ Physical Health | 1-866-785-1654, TTY 1-888-877-5378<br>8 a.m. - 8 p.m. Eastern Standard Time, Monday - Friday<br>www.myoptumhealth.com |
| **NurseLine** | NurseLine℠ | 1-877-440-9407, TTY 711<br>24 hours a day, 7 days a week |
| **Routine Transportation (Limited to ground transportation only)** | Medical Transportation Brokerage of Arizona® (MTBA) | 1-888-700-6822, TTY 711<br>6 a.m. - 7 p.m. local time, Monday - Friday |
| **Health Products Benefit Catalog** | FirstLine Medical® | 1-800-933-2914, TTY 711<br>7 a.m. - 7 p.m. Central Standard Time, Monday - Friday; 7 a.m. - 4 p.m. Central Standard Time, Saturday<br>www.HealthProductsBenefit.com |

| Benefit Type | Vendor Name | Contact Information |
|---|---|---|
| **Fitness Membership** | SilverSneakers® Fitness program | 1-888-423-4632, TTY 711<br>8 a.m. - 8 p.m. Eastern Standard Time, Monday - Friday<br>silversneakers.com |

GREENCRAFT INTERIORS
4675 E COTTON CENTER BLVD
# 173
PHOENIX AZ 85040
480-682-5456



October 17, 2017

291STANDARDBW0005001-01735-01
CLINT SCHULER
7907 E PORTOBELLO AVE
MESA AZ 85212-1542

Dear CLINT SCHULER,

Thank you for being a valued member. We have been happy to serve you.

We are sending this notice because either you or your employer has notified us that your health insurance coverage with UnitedHealthcare or one of its affiliated companies has ended. Below is a summary of how long you have had coverage with us.

Group:            GREENCRAFT INTERIORS
Group #:          05U8947
Employee Name:  CLINT SCHULER
Employee ID:     976771105-00

| Member/Dependent Name | Date of Birth | Coverage Period Begin Date to End Date | |
|---|---|---|---|
| CLINT SCHULER 976771105-00 | 10-13-1970 | 05-01-2016 | 12-01-2017* |
| PLEZANA SCHULER 976771105-01 | 01-11-1969 | 05-01-2016 | 12-01-2017* |
| JARIEK SCHULER 976771105-02 | 03-06-1993 | 05-01-2016 | 12-01-2017* |
| RANDI SCHULER 976771105-03 | 02-14-1994 | 05-01-2016 | 12-01-2017* |
| BREQAN SCHULER 976771105-04 | 07-12-1996 | 05-01-2016 | 12-01-2017* |
| RIVER SCHULER 976771105-05 | 08-05-1999 | 05-01-2016 | 12-01-2017* |

*Coverage ends at 12:01 am EST on the End Date

PRIMEFEDLE

5346PJLG-FEDE
REV053146
171291
MRIA512701GEN



20171205220202020001COB

**UnitedHealthcare**
**Division: Benefit Services**
**P.O. Box 740221**
**Atlanta, GA 30374-0221**
**Ph: (866) 747-0048**

### CONTINUATION COVERAGE TERMINATION

CLINT SCHULER
7907 E PORTOBELLO AVE
MESA, AZ 85212

Continuation coverage has ended on the termination date shown below. Please review the termination date and, if applicable, the list of persons who have had their coverage terminated.

Client: Greencraft Interiors

ID#: **XXX-XX-XXXX**
SCHULER, CLINT

Termination Date: 11/30/2017

Reason for Termination: **End of Eligibility**

| Carrier Name | Coverage | | | |
|---|---|---|---|---|
| Standard Dental P9634 | Participant + Family | | | |
| MEMBERS WHOSE COVERAGE WILL BE TERMINATED: | | | ID# | Birth |
| SCHULER, CLINT | | (self) | n/a | 10/13/1970 |
| SCHULER, PLEZANA | | Spouse | XXX-XX-XXXX | 01/11/1969 |
| SCHULER, JARIEK | | Child | XXX-XX-XXXX | 03/06/1993 |
| SCHULER, RANDI | | Child | XXX-XX-XXXX | 02/14/1994 |
| SCHULER, BREQAN | | Child | XXX-XX-XXXX | 07/12/1996 |
| SCHULER, RIVER | | Child | XXX-XX-XXXX | 08/05/1999 |

| Carrier Name | Coverage | | | |
|---|---|---|---|---|
| Metlife Vision | Participant + Family | | | |
| MEMBERS WHOSE COVERAGE WILL BE TERMINATED: | | | ID# | Birth |
| SCHULER, CLINT | | (self) | n/a | 10/13/1970 |
| SCHULER, PLEZANA | | Spouse | XXX-XX-XXXX | 01/11/1969 |
| SCHULER, JARIEK | | Child | XXX-XX-XXXX | 03/06/1993 |
| SCHULER, RANDI | | Child | XXX-XX-XXXX | 02/14/1994 |
| SCHULER, BREQAN | | Child | XXX-XX-XXXX | 07/12/1996 |
| SCHULER, RIVER | | Child | XXX-XX-XXXX | 08/05/1999 |

| Carrier Name | Coverage | | | |
|---|---|---|---|---|
| Charter Home 3F5 4000 | Participant + Family | | | |
| MEMBERS WHOSE COVERAGE WILL BE TERMINATED: | | | ID# | Birth |
| SCHULER, CLINT | | (self) | n/a | 10/13/1970 |
| SCHULER, PLEZANA | | Spouse | XXX-XX-XXXX | 01/11/1969 |



Plaintiff's EXHIBIT 2

| Claim Number | Patient Name | Date Visited | Visited | Claim Type | Claim St | Date Processed | Amount Billed | Deductible | Your Plan | Plan Discount | Your Responsibility | You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.71E+11 | Clint Schul | 3/1/2017 | Lior Berger | Dental | Process | 3/3/2017 | 3365 | 0 | 33.6 | Not Available | 2597.4 | 2597.4 |
| 1.70E+11 | Clint Schul | 2/7/2017 | Ryan Baker | Dental | Process | 2/8/2017 | 1978 | 0 | 946.8 | Not Available | 249.2 | 249.2 |
| 1.71E+11 | Clint Schul | 2/1/2017 | Lior Berger | Dental | Process | 3/1/2017 | 273 | 0 | 0 | Not Available | 0 | 0 |
| 1.71E+11 | Clint Schul | 2/1/2017 | Lior Berger | Dental | Process | 3/1/2017 | 273 | 0 | 123 | Not Available | 0 | 0 |
| 1.72E+11 | Clint Schul | 1/25/2017 | Lior Berger | Dental | Process | 7/10/2017 | 1918 | 0 | 0 | Not Available | 1918 | 1918 |
| 1.71E+11 | Clint Schul | 1/25/2017 | Lior Berger | Dental | Process | 3/1/2017 | 93 | 0 | 0 | Not Available | 0 | 0 |
| 1.71E+11 | Clint Schul | 1/25/2017 | Lior Berger | Dental | Process | 3/1/2017 | 521 | 0 | 146.6 | Not Available | 25.4 | 25.4 |
| 6866962834 | Clint Schul | 11/29/2017 | Brian Lilien | Not Available | In Proces | Not Available | 5559 | 0 | 0 | 0 | Not Available | 0 |
| 6683914020 | Clint Schul | 3/10/2017 | Brian Lilien | Not Available | In Proces | Not Available | 4188.88 | 0 | 0 | 0 | Not Available | 0 |
| 8209348065 | Clint Schul | 11/29/2017 | PHARMACY | Pharmacy | Process | 11/29/2017 | | 0 | 0 | | 4.01 | 0 |
| 8209342865 | Clint Schul | 11/29/2017 | PHARMACY | Pharmacy | Process | 11/29/2017 | | 0 | 0 | | 4 | 0 |
| 6711894248 | Clint Schul | 9/6/2017 | B Lilien | Medical | Process | 10/24/2017 | -2546 | 0 | 0 | 0 | -2546 | 0 |
| 6711894248 | Clint Schul | 9/6/2017 | B Lilien | Medical | Process | 10/24/2017 | 2546 | 0 | 1172.94 | 1242.74 | 130.32 | 130.32 |
| 6711894248 | Clint Schul | 9/6/2017 | B Lilien | Medical | Process | 9/9/2017 | 2546 | 0 | 0 | 0 | 2546 | 0 |
| 6553947109 | Clint Schul | 6/5/2017 | B Lilien | Medical | Process | 6/8/2017 | 138 | 83.49 | 0 | 54.51 | 83.49 | 83.49 |
| 3308696789 | Clint Schul | 03/15/2017 to 04/ | B Lilien | Medical | Process | 10/16/2017 | -1001 | 0 | 0 | -60 | -941 | 0 |
| 3308696789 | Clint Schul | 03/15/2017 to 04/ | B Lilien | Medical | Process | 10/16/2017 | 3.07 | 0 | 3.07 | 0 | 0 | 0 |
| 3308696789 | Clint Schul | 03/15/2017 to 04/ | B Lilien | Medical | Process | 10/16/2017 | 1001 | 0 | 421.25 | 532.95 | 46.8 | 46.8 |
| 3308696789 | Clint Schul | 03/15/2017 to 04/ | B Lilien | Medical | Process | 7/11/2017 | 1001 | 0 | 0 | 60 | 941 | 941 |
| 8213516362 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 12/8/2017 | 4188.88 | 0 | 0 | 4188.88 | 0 | 0 |
| 3318939511 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 10/12/2017 | 3227.88 | 965.36 | 2036.26 | 0 | 1191.62 | 1191.62 |
| 3318939511 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 10/12/2017 | 961 | 0 | 0 | 961 | 0 | 0 |
| 3318939511 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 10/5/2017 | 4188.88 | 965.36 | 2036.28 | 961 | 1191.6 | 1191.6 |
| 3318939511 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 10/5/2017 | 0 | 0 | 0 | 511 | 0 | 0 |
| 6407657513 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 10/4/2017 | -654.14 | 0 | 0 | -1919.6 | -654.14 | 0 |
| 3304566361 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 10/4/2017 | -3084.74 | -959.88 | 0 | -2288.4 | -959.88 | 0 |
| 8084700591 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 6/25/2017 | 1165.14 | 0 | 0 | 3084.74 | 0 | 0 |
| 3304566361 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 6/9/2017 | 1165.14 | 959.88 | 0 | 2124.86 | 959.88 | 959.88 |
| 6407657513 | Clint Schul | 3/10/2017 | B Lilien | Medical | Process | 3/21/2017 | 2573.74 | 0 | 0 | 1919.6 | 654.14 | 654.14 |
| 9927909432 | Clint Schul | 3/10/2017 | PHARMACY | Pharmacy | Process | 3/10/2017 | | 4 | 0 | | 4 | 0 |
| 9927850873 | Clint Schul | 3/10/2017 | PHARMACY | Pharmacy | Process | 3/10/2017 | | 15.63 | 0 | | 15.63 | 0 |
| 9924360849 | Clint Schul | 3/7/2017 | PHARMACY | Pharmacy | Process | 3/7/2017 | | 4 | 0 | | 4 | 0 |
| 9920738873 | Clint Schul | 3/2/2017 | PHARMACY | Pharmacy | Process | 3/3/2017 | | 4 | 0 | | 4 | 0 |
| 6553947110 | Clint Schul | 3/1/2017 | B Lilien | Medical | Process | 6/30/2017 | -1571 | 0 | 0 | -1571 | 0 | 0 |
| 6553947110 | Clint Schul | 3/1/2017 | B Lilien | Medical | Process | 6/30/2017 | 1571 | 0 | 0 | 0 | 1571 | 1571 |
| 6553947110 | Clint Schul | 3/1/2017 | B Lilien | Medical | Process | 6/8/2017 | 1571 | 0 | 0 | 1571 | 0 | 0 |
| 6392985894 | Clint Schul | 2/23/2017 | Ati Physical T | Medical | Process | 3/10/2017 | 323.35 | 65 | 0 | 258.35 | 65 | 65 |
| 6376110897 | Clint Schul | 2/16/2017 | Ati Physical T | Medical | Process | 2/26/2017 | 277.92 | 65 | 0 | 212.92 | 65 | 65 |
| 6362360600 | Clint Schul | 2/9/2017 | Ati Physical T | Medical | Process | 2/17/2017 | 252.78 | 65 | 0 | 187.78 | 65 | 65 |
| 9896510888 | Clint Schul | 2/8/2017 | PHARMACY | Pharmacy | Process | 2/9/2017 | | 5.33 | 0 | | 5.33 | 0 |
| 9896507750 | Clint Schul | 2/7/2017 | PHARMACY | Pharmacy | Process | 2/9/2017 | | 5.33 | 0 | | 5.33 | 0 |
| 9895103894 | Clint Schul | 2/7/2017 | PHARMACY | Pharmacy | Process | 2/7/2017 | | 5.33 | 0 | | 5.33 | 0 |
| 9895102227 | Clint Schul | 2/7/2017 | PHARMACY | Pharmacy | Process | 2/7/2017 | | 9.01 | 0 | | 9.01 | 0 |
| 9895101306 | Clint Schul | 2/7/2017 | PHARMACY | Pharmacy | Process | 2/7/2017 | | 12.24 | 0 | | 12.24 | 0 |
| 3308696789 | Clint Schul | 02/01/2017 to 03/ | B Lilien | Medical | Process | 10/16/2017 | 6.02 | 0 | 6.02 | 0 | 0 | 0 |
| 3308696789 | Clint Schul | 02/01/2017 to 03/ | B Lilien | Medical | Process | 10/16/2017 | -1769 | -5 | 0 | -1764 | -35 | 0 |
| 3308696789 | Clint Schul | 02/01/2017 to 03/ | B Lilien | Medical | Process | 10/16/2017 | 1734 | 5 | 825.29 | 795.29 | 113.42 | 113.42 |
| 3308696789 | Clint Schul | 02/01/2017 to 03/ | B Lilien | Medical | Process | 7/11/2017 | 1734 | 0 | 0 | 35 | 1734 | 1734 |
| 6344402905 | Clint Schul | 1/31/2017 | Ati Physical T | Medical | Process | 2/6/2017 | 292.94 | 65 | 0 | 227.94 | 65 | 65 |
| 6337741530 | Clint Schul | 1/27/2017 | Ati Physical T | Medical | Process | 2/3/2017 | 292.94 | 65 | 0 | 227.94 | 65 | 65 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6465691996 | Clint Schul | 1/25/2017 | B Lilien | Medical | Process | 4/25/2017 | 994 | 0 | 0 | 0 | 994 | 994 |
| 6465691996 | Clint Schul | 1/25/2017 | B Lilien | Medical | Process | 4/18/2017 | 428 | 339.88 | 0 | 88.12 | 339.88 | 339.88 |
| 9880028746 | Clint Schul | 1/25/2017 | PHARMACY | Pharmacy | Process | 1/26/2017 | | 4.54 | | 0 | 4.54 | 0 |
| 6333716851 | Clint Schul | 1/24/2017 | Ati Physical T | Medical | Process | 1/30/2017 | 292.94 | 65 | 0 | 227.94 | 65 | 65 |
| 6330122258 | Clint Schul | 1/20/2017 | Ati Physical T | Medical | Process | 1/27/2017 | 292.94 | 65 | 0 | 227.94 | 65 | 65 |
| 6327627813 | Clint Schul | 1/17/2017 | Ati Physical T | Medical | Process | 1/26/2017 | 363.51 | 65 | 0 | 298.51 | 65 | 65 |
| 6316893839 | Clint Schul | 1/12/2017 | Ati Physical T | Medical | Process | 1/19/2017 | 363.51 | 65 | 0 | 298.51 | 65 | 65 |
| 6357063363 | Clint Schul | 1/10/2017 | Ati Physical T | Medical | Process | 2/18/2017 | 348.49 | 65 | 0 | 283.49 | 65 | 65 |
| 6308518352 | Clint Schul | 1/5/2017 | Ati Physical T | Medical | Process | 1/12/2017 | 348.49 | 65 | 0 | 283.49 | 65 | 65 |
| 6311576783 | Clint Schul | 1/3/2017 | Ati Physical T | Medical | Process | 1/13/2017 | 348.49 | 65 | 0 | 283.49 | 65 | 65 |
| 6465691996 | Clint Schul | 01/02/2017 to 01/ | B Lilien | Medical | Process | 4/25/2017 | 372 | 0 | 0 | 372 | 0 | 0 |
| 6299236995 | Clint Schul | 12/29/2016 | Ati Physical T | Medical | Process | 1/5/2017 | 334.9 | 0 | 65 | 269.9 | 0 | 0 |
| 6299236994 | Clint Schul | 12/27/2016 | Ati Physical T | Medical | Process | 1/5/2017 | 220 | 0 | 65 | 155 | 0 | 0 |
| 6299236993 | Clint Schul | 12/22/2016 | Ati Physical T | Medical | Process | 1/5/2017 | 279.9 | 0 | 65 | 214.9 | 0 | 0 |
| 6299236992 | Clint Schul | 12/20/2016 | Ati Physical T | Medical | Process | 1/5/2017 | 224.9 | 0 | 65 | 159.9 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 1/2/2018 | 0.53 | 0 | 0.53 | 0 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 1/2/2018 | -2073.28 | 0 | 0 | -2373.28 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 1/2/2018 | 1578.56 | 0 | 90 | 1074.28 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 1/2/2018 | 375 | 0 | 0 | 375 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 1/2/2018 | 2.16 | 0 | 2.16 | 0 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 1/2/2018 | 1209 | 0 | 363.6 | 545.4 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 10/9/2017 | 2073.28 | 0 | 0 | 2073.28 | 0 | 0 |
| 6756852721 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 10/8/2017 | 375 | 0 | 0 | 0 | 375 | 375 |
| 3309367282 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 8/7/2017 | 2.51 | 0 | 2.51 | 0 | 0 | 0 |
| 3309367282 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 8/7/2017 | 92064.28 | 0 | 714.28 | 91350 | 0 | 0 |
| 3309367282 | Clint Schul | 12/19/2016 | B Lilien | Medical | Process | 8/7/2017 | 375 | 0 | 0 | 375 | 0 | 0 |
| 6287945873 | Clint Schul | 12/15/2016 | Southwest Di | Medical | Process | 12/23/2016 | 129 | 0 | 41.36 | 87.64 | 0 | 0 |
| 6280099823 | Clint Schul | 12/15/2016 | Ati Physical T | Medical | Process | 12/22/2016 | 224.9 | 0 | 65 | 159.9 | 0 | 0 |
| 6282378083 | Clint Schul | 12/13/2016 | Ati Physical T | Medical | Process | 12/23/2016 | 359.9 | 0 | 65 | 294.9 | 0 | 0 |
| 6708450253 | Clint Schul | 12/9/2016 | B Lilien | Medical | Process | 9/13/2017 | 375 | 0 | 0 | 0 | 375 | 375 |
| 6388253389 | Clint Schul | 12/07/2016 to 12/ | B Lilien | Medical | Process | 3/2/2017 | 357 | 0 | 151.06 | 205.94 | 0 | 0 |
| 6281108752 | Clint Schul | 12/7/2016 | A Sharma | Medical | Process | 12/20/2016 | 868 | 0 | 94.86 | 773.14 | 0 | 0 |
| 3300922913 | Clint Schul | 11/29/2016 | P Prichard | Medical | Process | 5/13/2017 | 3657.96 | 474.76 | 0 | 0 | 3657.96 | 3657.96 |
| 8030128551 | Clint Schul | 11/29/2016 | P Prichard | Medical | Process | 4/4/2017 | 3657.96 | 0 | 0 | 3657.96 | 0 | 0 |
| 6277422127 | Clint Schul | 11/29/2016 | T Harrison | Medical | Process | 2/21/2017 | 1.69 | 0 | 1.69 | 0 | 0 | 0 |
| 6277422127 | Clint Schul | 11/29/2016 | T Harrison | Medical | Process | 2/16/2017 | 1224 | 0 | 160.89 | 0 | 1063.11 | 1063.11 |
| 6295740937 | Clint Schul | 11/29/2016 | John C Lincol | Medical | Process | 12/30/2016 | 11562.8 | 0 | 2400 | 9162.8 | 0 | 0 |
| 6277422127 | Clint Schul | 11/29/2016 | T Harrison | Medical | Process | 12/23/2016 | 1224 | 160.89 | 0 | 0 | 1224 | 1224 |
| 6268533440 | Clint Schul | 11/08/2016 to 12/ | Preferred Hor | Medical | Process | 12/10/2016 | 2759.4 | 0 | 0 | 2759.4 | 0 | 0 |
| 6268533339 | Clint Schul | 11/08/2016 to 12/ | Preferred Hor | Medical | Process | 12/10/2016 | 750 | 0 | 90 | 660 | 0 | 0 |
| 6239829856 | Clint Schul | 11/8/2016 | Preferred Hor | Medical | Process | 11/29/2016 | 300.92 | 0 | 76.16 | 224.76 | 0 | 0 |
| 6239829856 | Clint Schul | 11/8/2016 | Preferred Hor | Medical | Process | 11/19/2016 | 24.04 | 0 | 8.12 | 15.92 | 0 | 0 |
| 6239829855 | Clint Schul | 11/8/2016 | Preferred Hor | Medical | Process | 11/19/2016 | 239 | 0 | 78.02 | 160.98 | 0 | 0 |
| 6229660330 | Clint Schul | 11/8/2016 | Scottsdale | Medical | Process | 11/14/2016 | 262 | 0 | 75.6 | 186.4 | 0 | 0 |
| 6226975414 | Clint Schul | 11/8/2016 | Preferred Hor | Medical | Process | 11/10/2016 | 1308.57 | 0 | 321.73 | 713 | 273.84 | 273.84 |
| 6224008314 | Clint Schul | 11/3/2016 | Scottsdale | Medical | Process | 11/9/2016 | 337 | 0 | 118.44 | 218.56 | 0 | 0 |
| 6244044287 | Clint Schul | 11/2/2016 | G Carr | Medical | Process | 11/23/2016 | 140 | 0 | 80 | 60 | 0 | 0 |
| 6258106489 | Clint Schul | 11/1/2016 | American Me | Medical | Process | 3/1/2017 | 1517.2 | 0 | 1517.2 | 0 | 0 | 0 |
| 6258106489 | Clint Schul | 11/1/2016 | American Me | Medical | Process | 12/15/2016 | 1517.2 | 0 | 0 | 0 | 1517.2 | 1517.2 |
| 6226129668 | Clint Schul | 11/01/2016 to 11/ | Plaza Healthc | Medical | Process | 11/22/2016 | 3325 | 0 | 3325 | 0 | 0 | 0 |
| 6221971254 | Clint Schul | 10/31/2016 | Scottsdale | Medical | Process | 11/8/2016 | 337 | 0 | 118.44 | 218.56 | 0 | 0 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6221971253 | Clint Schul | 10/28/2016 | Scottsdale | Medical | Processe | 11/8/2016 | 337 | 0 | 118.44 | 218.56 | 0 | 0 |
| 6221971252 | Clint Schul | 10/27/2016 | Scottsdale | Medical | Processe | 11/8/2016 | 337 | 0 | 118.44 | 218.56 | 0 | 0 |
| 6221971251 | Clint Schul | 10/25/2016 | Scottsdale | Medical | Processe | 11/8/2016 | 410.01 | 0 | 143.28 | 266.73 | 0 | 0 |
| 6205880178 | Clint Schul | 10/24/2016 | N Usmani | Medical | Processe | 10/28/2016 | 185 | 139.31 | 0 | 45.69 | 139.31 | 139.31 |
| 6213080993 | Clint Schul | 10/23/2016 | Diagnostic | Medical | Processe | 11/13/2016 | 23.18 | 0 | 11.64 | 11.54 | 0 | 0 |
| 6242137789 | Clint Schul | 10/22/2016 | American Me | Medical | Processe | 11/30/2016 | 1106.4 | 0 | 1106.4 | 0 | 0 | 0 |
| 6242137789 | Clint Schul | 10/22/2016 | American Me | Medical | Processe | 11/23/2016 | 1106.4 | 0 | 421.24 | 0 | 685.16 | 685.16 |
| 6213370541 | Clint Schul 10/22/2016 to 10/? | | Plaza Health | Medical | Processe | 11/18/2016 | 4750 | 0 | 4750 | 0 | 0 | 0 |
| 6209548247 | Clint Schul | 10/21/2016 | V Johnson Jr | Medical | Processe | 5/11/2017 | 0.14 | 0 | 0.14 | 0 | 0 | 0 |
| 6209548247 | Clint Schul | 10/21/2016 | V Johnson Jr | Medical | Processe | 5/5/2017 | 275 | 79.52 | 3.29 | 0 | 271.71 | 271.71 |
| 6209548247 | Clint Schul | 10/21/2016 | V Johnson Jr | Medical | Processe | 11/2/2016 | 275 | 79.52 | 0 | 0 | 275 | 275 |
| 6221816829 | Clint Schul | 10/20/2016 | F Ali-osman | Medical | Processe | 11/9/2016 | 796 | 0 | 246.63 | 0 | 549.37 | 549.37 |
| 6229575765 | Clint Schul | 10/19/2016 | A Hollingwort | Medical | Processe | 11/22/2016 | 796 | 0 | 246.63 | 0 | 549.37 | 549.37 |
| 6208024292 | Clint Schul | 10/19/2016 | Medical Diag | Medical | Processe | 10/29/2016 | 36 | 16.51 | 0 | 19.49 | 16.51 | 16.51 |
| 6229575764 | Clint Schul | 10/18/2016 | A Hollingwort | Medical | Processe | 11/22/2016 | 1111 | 0 | 364.99 | 0 | 746.01 | 746.01 |
| 6204107858 | Clint Schul | 10/18/2016 | Medical Diag | Medical | Processe | 10/27/2016 | 36 | 16.51 | 0 | 19.49 | 16.51 | 16.51 |
| 3287366394 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 2/17/2017 | 0.1 | 0 | 0.1 | 0 | 0 | 0 |
| 3287366394 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 2/14/2017 | 1153 | 0 | 123.53 | 0 | 782.84 | 782.84 |
| 3287366394 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 1/20/2017 | 1153 | 0 | 246.63 | 357 | 549.37 | 549.37 |
| 3287366394 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 1/12/2017 | 1153 | 0 | 246.63 | 357 | 549.37 | 549.37 |
| 6259307105 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 12/6/2016 | 1153 | 0 | 0 | 0 | 1153 | 1153 |
| 6259307105 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 12/5/2016 | 1153 | 0 | 0 | 0 | 1153 | 1153 |
| 3281813416 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 11/30/2016 | 1153 | 0 | 0 | 357 | 796 | 796 |
| 3281813416 | Clint Schul | 10/17/2016 | A Hollingwort | Medical | Processe | 11/26/2016 | 1153 | 0 | 246.63 | 357 | 549.37 | 549.37 |
| 6204107859 | Clint Schul | 10/17/2016 | Medical Diag | Medical | Processe | 10/27/2016 | 36 | 16.51 | 0 | 19.49 | 16.51 | 16.51 |
| 6202333017 | Clint Schul | 10/17/2016 | Medical Diag | Medical | Processe | 10/26/2016 | 36 | 16.51 | 0 | 19.49 | 16.51 | 16.51 |
| 6503575889 | Clint Schul | 10/16/2016 | O Tylor | Medical | Processe | 5/18/2017 | 3024 | 0 | 0 | 0 | 3024 | 3024 |
| 3290527281 | Clint Schul | 10/16/2016 | P Prichard | Medical | Processe | 2/9/2017 | 13237.14 | 0 | 1361.32 | 0 | 11875.82 | 11875.82 |
| 6327740575 | Clint Schul | 10/16/2016 | J Mussman | Medical | Processe | 2/7/2017 | 13237.14 | 0 | 91.48 | 0 | 13145.66 | 13145.66 |
| 6214634755 | Clint Schul | 10/16/2016 | O Tylor | Medical | Processe | 11/16/2016 | 3384 | 0 | 401.02 | 0 | 2982.98 | 2982.98 |
| 6198175376 | Clint Schul | 10/16/2016 | V Johnson Jr | Medical | Processe | 11/11/2016 | 2866 | 0 | 1032.76 | 0 | 1833.24 | 1833.24 |
| 6202333021 | Clint Schul | 10/16/2016 | Medical Diag | Medical | Processe | 10/26/2016 | 137 | 64.03 | 0 | 72.97 | 64.03 | 64.03 |
| 6305946656 | Clint Schul | 10/15/2016 | V Johnson Jr | Medical | Processe | 2/27/2017 | 1153 | 0 | 370.16 | 0 | 782.84 | 782.84 |
| 6289038038 | Clint Schul | 10/15/2016 | V Johnson Jr | Medical | Processe | 12/27/2016 | 1153 | 0 | 0 | 0 | 1153 | 1153 |
| 6289038038 | Clint Schul | 10/15/2016 | V Johnson Jr | Medical | Processe | 12/26/2016 | 1153 | 0 | 0 | 0 | 1153 | 1153 |
| 3281813051 | Clint Schul | 10/15/2016 | V Johnson Jr | Medical | Processe | 11/26/2016 | 1153 | 0 | 0 | 1153 | 0 | 0 |
| 6202333020 | Clint Schul | 10/15/2016 | Medical Diag | Medical | Processe | 10/26/2016 | 36 | 16.51 | 0 | 19.49 | 16.51 | 16.51 |
| 6202333018 | Clint Schul | 10/15/2016 | Medical Diag | Medical | Processe | 10/26/2016 | 36 | 16.51 | 0 | 19.49 | 16.51 | 16.51 |
| 6192391486 | Clint Schul | 10/14/2016 | A Mangram | Medical | Processe | 10/28/2016 | 796 | 246.63 | 0 | 0 | 796 | 796 |
| 6202333022 | Clint Schul 10/14/2016 to 10/? | | Medical Diag | Medical | Processe | 10/26/2016 | 72 | 33.02 | 0 | 38.98 | 33.02 | 33.02 |
| 6202333019 | Clint Schul | 10/14/2016 | Medical Diag | Medical | Processe | 10/26/2016 | 47 | 20.46 | 0 | 26.54 | 20.46 | 20.46 |
| 6218601692 | Clint Schul | 10/13/2016 | Medical Diag | Medical | Processe | 11/5/2016 | 36 | 0 | 16.51 | 19.49 | 0 | 0 |
| 6192391487 | Clint Schul | 10/13/2016 | A Mangram | Medical | Processe | 10/20/2016 | 1153 | 370.16 | 0 | 0 | 1153 | 1153 |
| 3293620626 | Clint Schul | 10/12/2016 | C Beneduce | Medical | Processe | 4/5/2017 | 0.43 | 0 | 0.43 | 0 | 0 | 0 |
| 3293620626 | Clint Schul | 10/12/2016 | C Beneduce | Medical | Processe | 4/5/2017 | 2100 | 0 | 319.37 | 0 | 1780.63 | 1780.63 |
| 3291705390 | Clint Schul | 10/12/2016 | P Prichard | Medical | Processe | 3/20/2017 | 0 | 0 | 438.87 | 0 | 6075.29 | 6075.29 |
| 3291705390 | Clint Schul | 10/12/2016 | P Prichard | Medical | Processe | 3/20/2017 | 1218.18 | 0 | 0 | 0 | 1218.18 | 1218.18 |
| 3291705390 | Clint Schul | 10/12/2016 | P Prichard | Medical | Processe | 3/20/2017 | 0.24 | 0 | 0.24 | 0 | 0 | 0 |
| 3291705390 | Clint Schul | 10/12/2016 | P Prichard | Medical | Processe | 3/20/2017 | 1.83 | 0 | 1.83 | 0 | 0 | 0 |
| 3291705390 | Clint Schul | 10/12/2016 | P Prichard | Medical | Processe | 3/20/2017 | 67452.38 | 0 | 3394.87 | 0 | 77294.65 | 77294.65 |
| 3293620626 | Clint Schul | 10/12/2016 | C Beneduce | Medical | Processe | 3/10/2017 | 2100 | 319.37 | 0 | 0 | 2100 | 2100 |

| | Patient Name | Date Visited | Visited | Claim Type | Claim St | Date Processed | Amount Billed | Deductible | Your Plan | Plan Discount | Your Responsibility | You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3292906553 | Clint Schul | 10/12/2016 | J Mussman | Medical | Processe | 2/28/2017 | 1.04 | 0 | 1.04 | 0 | 0 | 0 |
| 3292906553 | Clint Schul | 10/12/2016 | J Mussman | Medical | Processe | 2/28/2017 | 39502.6 | 0 | 274.71 | 0 | 39227.89 | 39227.89 |
| 3291705390 | Clint Schul | 10/12/2016 | P Prichard | Medical | Processe | 2/18/2017 | 68670.56 | 3203.76 | 0 | 0 | 88421.86 | 88421.86 |
| 6217258596 | Clint Schul | 10/12/2016 | G Izuegbunar | Medical | Processe | 1/31/2017 | 2210 | 0 | 505.09 | 0 | 1313.5 | 1313.5 |
| 6217258596 | Clint Schul | 10/12/2016 | G Izuegbunar | Medical | Processe | 1/31/2017 | 8.32 | 0 | 8.32 | 0 | 0 | 0 |
| 6251632398 | Clint Schul | 10/12/2016 | City Of Phoer | Medical | Processe | 12/7/2016 | 1189.78 | 0 | 1189.78 | 0 | 0 | 0 |
| 6251632398 | Clint Schul | 10/12/2016 | City Of Phoer | Medical | Processe | 11/30/2016 | 1189.78 | 0 | 582.77 | 0 | 607.01 | 607.01 |
| 6235441488 | Clint Schul | 10/12/2016 | Emcare-pnx I | Medical | Processe | 11/19/2016 | 1886 | 0 | 1225.9 | 660.1 | 0 | 0 |
| 6217258596 | Clint Schul | 10/12/2016 | G Izuegbunar | Medical | Processe | 11/17/2016 | 2210 | 0 | 391.41 | 0 | 1818.59 | 1818.59 |
| 6214890237 | Clint Schul | 10/12/2016 | Medical Diag | Medical | Processe | 11/11/2016 | 36 | 0 | 16.51 | 19.49 | 0 | 0 |
| 6214011094 | Clint Schul | 10/12/2016 to 10/ | John C Lincol | Medical | Processe | 11/4/2016 | 19350 | 0 | 0 | 19350 | 0 | 0 |
| 6214011094 | Clint Schul | 10/12/2016 to 10/ | John C Lincol | Medical | Processe | 11/4/2016 | 245920.4 | 675.7 | 82904.3 | 159970.4 | 3045.7 | 3045.7 |
| 6214890238 | Clint Schul | 10/12/2016 | Medical Diag | Medical | Processe | 11/3/2016 | 36 | 0 | 16.51 | 0 | 19.49 | 16.51 |
| 6208024293 | Clint Schul | 10/12/2016 | Medical Diag | Medical | Processe | 10/29/2016 | 924 | 344.54 | 0 | 579.46 | 344.54 | 344.54 |
| 6208024291 | Clint Schul | 10/12/2016 | Medical Diag | Medical | Processe | 10/29/2016 | 1101 | 469.76 | 0 | 631.24 | 469.76 | 469.76 |
| 6205761392 | Clint Schul | 10/12/2016 | A Sharma | Medical | Processe | 10/27/2016 | 1795 | 197.78 | 0 | 1597.22 | 197.78 | 197.78 |
| 6192391488 | Clint Schul | 10/12/2016 | F Ali-osman | Medical | Processe | 10/20/2016 | 2371 | 710.02 | 0 | 0 | 2371 | 2371 |
| | | | | | | | $659,902.70 | $10,908.30 | | | $289,872.54 | $299,721.14 |

**Dr. Prichard Surgery Related Total**    **$ 245,998.40**      **Dental Specialty Assoc Total**    **$18,037.15**      **UHC/Not Paid Per Plan**   $ 264,035.55

**Schuler's OUT OF POCKET pd to Dental Specialty Associates/Apex Endo**   $   9,117.26

**TOTAL UNPAID BY UHC HEALTH INS. PLAN**   $ 254,918.29

Plaintiff's EXHIBIT 3

 **Gmail**

Clint Schuler <schulerclint@gmail.com>

---

## UnitedHealthcare Insurance Company
6 messages

---

**Dawn Lucero** <DLucero@azinsurance.gov>                                              Wed, Oct 18, 2017 at 12:20 PM
To: "schulerclint@gmail.com" <schulerclint@gmail.com>

This note is a follow up to our conversation today.  You may provide all bills submitted to you by the provider.  If you have any further questions regarding this matter you may contact me at the number below.

*Dawn Lucero, Consumer Specialist*

*Arizona Department of Insurance*

2910 North 44th *Street, Suite 210*

*Phoenix, AZ  85018*

*Phone* 602-364-2492

dlucero@azinsurance.gov

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**Clint Schuler** <schulerclint@gmail.com>                                              Wed, Oct 18, 2017 at 12:49 PM
To: Dawn Lucero <DLucero@azinsurance.gov>, Marie Sessions <mariedsaofaz@gmail.com>
Cc: clint@gentryestates.com

I just sent you an email also and included my Provider Office Manager – Marie Sessions.  I have also left a message with Gloria.  Please let u know of anything else you may need.

Sincerely,

Clint Schuler

480-721-9023

---

**From:** Dawn Lucero [mailto:DLucero@azinsurance.gov]
**Sent:** Wednesday, October 18, 2017 12:20 PM
**To:** schulerclint@gmail.com
**Subject:** UnitedHealthcare Insurance Company

[Quoted text hidden]

---------- Forwarded message ----------
From: Clint Schuler <schulerclint@gmail.com>
To: Marie Sessions <mariedsaofaz@gmail.com>, Clint Schuler <schulerclint@gmail.com>, Dawn Lucero <dlucero@azinsurance.gov>
Cc:
Bcc:
Date: Wed, 18 Oct 2017 12:42:26 -0700
Subject: Insurance and complaint
Hey Marie.
I just received a call from the state of AZ department of insurance. Apparently, UHC states they have paid Dr. Lilien and Dr. Berger for any and all of the Billings related to my treatment. Would you please verify for me!?

  I know I just received a bill yesterday and I know the statements of amounts due and owing which you have provided to me prior of over $100k.

  So please confirm to me and the state whether or not you have received payment and we can begin treatment again. I am cc'ing the contact at the State of AZ as well. Please reply all.

I am also attaching the bill and please confirm I have paid these amounts out of pocket.



**STATEMENT**

| DUE DATE | 30 Days | 60 Days | 90 Days | CURRENT BALANCE |
|---|---|---|---|---|
| 10/21/2017 | -2540.00 | 2508.00 | 3115.79 | 3053.79 |

**AMOUNT DUE**
**$3115.79**

| DATE | PATIENT NAME | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 09/19/2017 | Clint | Medical claim note | 0.00 | |
| 09/27/2017 | Clint | Seat attempt | 0.00 | |
| 09/27/2017 | Clint | Seat attempt | 0.00 | |
| 10/04/2017 | Clint | Filed Medical with EZCLAIM | 0.00 | |
| 10/05/2017 | Clint | Seat Implant Crown | 0.00 | |
| 10/05/2017 | Clint | Seat Implant Crown | 0.00 | |

Please pay balance within 30 days to avoid 2% finance charge.

NOTE: FOR ALL BILLING QUESTIONS AND PAYMENTS PLEASE CALL 602-833-0272
Dental Specialties Associates, 2730 S. Val Vista Dr Bldg 11 STE 164, Bldg 11 STE 164, Gilbert AZ 85295 (480) 833-0272

Dental Specialties Associates
2730 S Val Vista Dr Bldg 11 STE 164
Gilbert AZ 85295

| | | | | | |
|---|---|---|---|---|---|

RETURN SERVICE REQUESTED

CLINT SCHULER
7907 E PORTOBELLO AVE
MESA AZ 85212 1542

DENTAL SPECIALTIES ASSOCIATES
2730 S VAL VISTA DR BLDG 11 STE 164
BLDG 11 STE 164
GILBERT AZ 85295

## STATEMENT

| DUE DATE | 30 Days | 60 Days | 90 Days | CURRENT BALANCE |
|---|---|---|---|---|
| 10/21/2017 | -2546.00 | 2698.00 | 3115.79 | 3063.79 |

**AMOUNT DUE**
**$3115.79**

| DATE | PATIENT NAME | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 9/01/2017 | | Balance Forward | 3063.79 | |
| 9/05/2017 | Clint | Prophylaxis-adult | 52.00 | |
| 9/06/2017 | Clint | Custom abutment incl placement | 514.00 | |
| 9/06/2017 | Clint | Custom abutment incl placement | 514.00 | |
| 9/06/2017 | Clint | Abutment supported porc/cer crn | 759.00 | |
| 9/06/2017 | Clint | Abutment supported porc/cer crn | 759.00 | |
| 9/06/2017 | Clint | Carecredit - Thank You Ch # 7858 | | -2293.95 |
| 9/06/2017 | Clint | Springstone Admin Fee | | -252.05 |
| 9/06/2017 | Clint | Filed Medical with EZCLAIM | 0.00 | |
| 9/06/2017 | Clint | Medical claim note | 0.00 | |
| 9/06/2017 | Clint | Medical claim note | 0.00 | |
| 9/08/2017 | Clint | Filed Medical with EZCLAIM | 0.00 | |
| 9/11/2017 | Clint | Medical claim note | 0.00 | |

NOTE: FOR ALL BILLING QUESTIONS AND PAYMENTS PLEASE CALL 602-633-0272
Dental Specialties Associates, 2730 S Val Vista Dr Bldg 11 STE 164, Bldg 11 STE 164, Gilbert AZ 85295 (480) 633-9977

Please reply with the previous Billings as well-back to December 2016 - unless this is the total amount owed and the insurance co has in fact paid you.

Thanks.

Clint Schuler

2/16/2018, 11:14 AM

**13 attachments**



**Dental Specialty assoc bill 102017 2.jpg**
1072K



**Dental Specialty assoc bill 102017.jpg**
955K

**Claim Detail  UnitedHealthcare_Dr Lilien_Dental Specialty Assoc_09092017.pdf**
163K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_06062017.pdf**
151K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_06082017.pdf**
151K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_06092017.pdf**
195K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_07082017.pdf**
183K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_07112017.pdf**
162K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_08072017.pdf**
145K

**Clint Schuler Claims_Dental Specialty Assoc_UNPAID BY UHC.pdf**
5868K

**Clint Schuler EOB_UHC_DENTALSPECIALTY ASSOC.pdf**
957K

**noname.eml**
2777K

**Preauthroization Requests_Dental Specialty Assoc.Schuler.pdf**
9596K

**Clint Schuler** <schulerclint@gmail.com>                    Wed, Oct 18, 2017 at 12:49 PM

To: Dawn Lucero <DLucero@azinsurance.gov>, Marie Sessions <mariedsaofaz@gmail.com>
Cc: clint@gentryestates.com

I just sent you an email also and included my Provider Office Manager – Marie Sessions. I
have also left a message with Gloria. Please let u know of anything else you may need.

Sincerely,

Clint Schuler

480-721-9023

_____

**From:** Dawn Lucero [mailto:DLucero@azinsurance.gov]
**Sent:** Wednesday, October 18, 2017 12:20 PM
**To:** schulerclint@gmail.com
**Subject:** UnitedHealthcare Insurance Company

This note is a follow up to our conversation today. You may provide all bills submitted to you by the provider. If you
have any further questions regarding this matter you may contact me at the number below.

[Quoted text hidden]

---------- Forwarded message ----------
From: Clint Schuler <schulerclint@gmail.com>
To: Marie Sessions <mariedsaofaz@gmail.com>, Clint Schuler <schulerclint@gmail.com>, Dawn Lucero
<dlucero@azinsurance.gov>
Cc:
Bcc:
Date: Wed, 18 Oct 2017 12:42:26 -0700
Subject: Insurance and complaint
Hey Marie.
I just received a call from the state of AZ department of insurance. Apparently, UHC states they have paid Dr. Lilien
and Dr. Berger for any and all of the Billings related to my treatment. Would you please verify for me!?

I know I just received a bill yesterday and I know the statements of amounts due and owing which you have provided
to me prior of over $100k.

So please confirm to me and the state whether or not you have received payment and we can begin treatment again.
I am cc'ing the contact at the State of AZ as well. Please reply all.

I am also attaching the bill and please confirm I have paid these amounts out of pocket.



**STATEMENT**

| DUE DATE | 30 Days | 60 Days | 90 Days | CURRENT BALANCE |
|---|---|---|---|---|
| 10/21/2017 | -2588.00 | 2588.00 | 3115.79 | 3063.79 |

**AMOUNT DUE**
**$3115.79**

| DATE | PATIENT NAME | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 09/19/2017 | Clint | Medical claim note | 0.00 | |
| 09/27/2017 | Clint | Seat attempt | 0.00 | |
| 09/27/2017 | Clint | Seat attempt | 0.00 | |
| 10/04/2017 | Clint | Filed Medical with EZCLAIM | 0.00 | |
| 10/06/2017 | Clint | Seat Implant Crown | 0.00 | |
| 10/06/2017 | Clint | Seat Implant Crown | 0.00 | |

Please pay balance within 30 days to avoid 2% finance charge.

NOTE: FOR ALL BILLING QUESTIONS AND PAYMENTS PLEASE CALL 602-833-9772.
Dental Specialties Associates, 2735 S Val Vista Dr Bldg. 11 STE 164, Bldg. 11 STE 164, Gilbert AZ 85295 (480) 833-9772

Dental Specialties Associates
2750 S Val Vista Dr Bldg 11 STE 164
Bldg. 11 STE 164
Gilbert AZ 85295

| | | | | |
|---|---|---|---|---|

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
|---|---|---|
| 11/05/2017 | CONTINUED | 093522 |

★ RETURN SERVICE REQUESTED

CLINT SCHULER
7302 E PORTOBELLO AVE
MESA AZ 85212 1542

DENTAL SPECIALTIES ASSOCIATES
2750 S VAL VISTA DR BLDG 11 STE 164
BLDG 11  STE 164
GILBERT AZ 85295

☐ Please check box if address or insured insurance information has changed and indicate changes on reverse side.

Please detach and return this portion with payment.

## STATEMENT

| DUE DATE | 30 Days | 60 Days | 90 Days | CURRENT BALANCE |
|---|---|---|---|---|
| 10/21/2017 | -2548.00 | 2598.00 | 3115.79 | 3063.79 |

| AMOUNT DUE |
|---|
| $3115.79 |

| DATE | PATIENT NAME | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 9/01/2017 | | Balance Forward | 3063.79 | |
| 9/05/2017 | Clint | Prophylaxis-adult | 52.00 | |
| 9/06/2017 | Clint | Custom abutment-incl placement | 514.00 | |
| 9/06/2017 | Clint | Custom abutment-incl placement | 514.00 | |
| 9/06/2017 | Clint | Abutment supported porc/cer crn | 759.00 | |
| 9/06/2017 | Clint | Abutment supported porc/cer crn | 759.00 | |
| 9/06/2017 | Clint | Carecredit - Thank You Ch # 7856 | | -2293.95 |
| 9/06/2017 | Clint | Springstone Admin Fee | | -252.05 |
| 9/06/2017 | Clint | Filed Medical with EZCLAIM | 0.00 | |
| 9/06/2017 | Clint | Medical claim note | 0.00 | |
| 9/06/2017 | Clint | Medical claim note | 0.00 | |
| 9/08/2017 | Clint | Filed Medical with EZCLAIM | 0.00 | |
| 9/11/2017 | Clint | Medical claim note | 0.00 | |

NOTE: FOR ALL BILLING QUESTIONS AND PAYMENTS PLEASE CALL 602-633-0272
Dental Specialties Associates, 2750 S Val Vista Dr Bldg. 11 STE 164, Bldg. 11 STE 164, Gilbert AZ 85295 (480) 633-9977

Please reply with the previous Billings as well-back to December 2016 - unless this is the total amount owed and the insurance co has in fact paid you.

Thanks,

Clint Schuler

2/16/2018, 11:14 AM

---

**13 attachments**



**Dental Specialty assoc bill 102017 2.jpg**
1072K



**Dental Specialty assoc bill 102017.jpg**
955K

**Claim Detail  UnitedHealthcare_Dr Lilien_Dental Specialty Assoc_09092017.pdf**
163K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_06062017.pdf**
151K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_06082017.pdf**
151K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_06092017.pdf**
195K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_07082017.pdf**
183K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_07112017.pdf**
162K

**Claim Detail  UnitedHealthcare_Dr Lilien_DSA_08072017.pdf**
145K

**Clint Schuler Claims_Dental Specialty Assoc_UNPAID BY UHC.pdf**
5868K

**Clint Schuler EOB_UHC_DENTALSPECIALTY ASSOC.pdf**
957K

**noname.eml**
2777K

**Preauthroization Requests_Dental Specialty Assoc.Schuler.pdf**
9596K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>          Wed, Oct 18, 2017 at 12:50 PM
To: schulerclint@gmail.com



## Recipient inbox full

Your message couldn't be delivered to
**DLucero@azinsurance.gov.** Their inbox is full, or it's getting
too much mail right now.

The response was:

```
552 size limit exceeded
```

Final-Recipient: rfc822; DLucero@azinsurance.gov
Action: failed
Status: 5.0.0
Remote-MIA: dns; cybele.azinsurance.gov. (159.87.65.24, the server for the
 domain azinsurance.gov.)
Diagnostic-Code: smtp; 552 size limit exceeded
Last-Attempt-Date: Wed, 18 Oct 2017 12:50:29 -0700 (PDT)

---------- Forwarded message ----------
From: Clint Schuler <schulerclint@gmail.com>
To: "'Dawn Lucero'" <DLucero@azinsurance.gov>, "'Marie Sessions'" <mariedsaofaz@gmail.com>
Cc: <clint@gentryestates.com>
Bcc:
Date: Wed, 18 Oct 2017 12:49:02 -0700
Subject: RE: UnitedHealthcare Insurance Company

I just sent you an email also and included my Provider Office Manager – Marie Sessions. I
have also left a message with Gloria. Please let u know of anything else you may need.

<span style='font-size:12.0pt;color:#1F497D' ----- Message truncated -----

---

**Clint Schuler** <schulerclint@gmail.com>                    Wed, Oct 18, 2017 at 12:52 PM
To: Dawn Lucero <DLucero@azinsurance.gov>

I just tried to send you more of the info and the docs you requested and it states you inbox is
full.???

Case 2:18-cv-00920-DJH   Document 1-2   Filed 03/23/18   Page 67 of 128

Please let me know….


THANKS,


Clint Schuler

480-721-9023

_____

**From:** Dawn Lucero [mailto:DLucero@azinsurance.gov]
**Sent:** Wednesday, October 18, 2017 12:20 PM
**To:** schulerclint@gmail.com
**Subject:** UnitedHealthcare Insurance Company


This note is a follow up to our conversation today.  You may provide all bills submitted to you by the provider.  If you have any further questions regarding this matter you may contact me at the number below.

[Quoted text hidden]

_____

**Clint Schuler** <schulerclint@gmail.com>                    Wed, Oct 18, 2017 at 12:52 PM
To: Dawn Lucero <DLucero@azinsurance.gov>

I just tried to send you more of the info and the docs you requested and it states you inbox is full.???


Please let me know….



THANKS,


Clint Schuler

480-721-9023

_____

**From:** Dawn Lucero [mailto:DLucero@azinsurance.gov]
**Sent:** Wednesday, October 18, 2017 12:20 PM

**To:** schulerclint@gmail.com

**Subject:** UnitedHealthcare Insurance Company

This note is a follow up to our conversation today.  You may provide all bills submitted to you by the provider.  If you have any further questions regarding this matter you may contact me at the number below.

[Quoted text hidden]

 Gmail

**Clint Schuler <schulerclint@gmail.com>**

---

### Link to Files - since you cannot access dropbox and your email box is full
2 messages

---

**Clint Schuler** <schulerclint@gmail.com>                                  Wed, Oct 18, 2017 at 2:14 PM
To: Dawn Lucero <DLucero@azinsurance.gov>, Clint Schuler <schulerclint@gmail.com>
Cc: Marie Sessions <mariedsaofaz@gmail.com>, clint@gentryestates.com

Ms. Lucero...I already emailed you...I previously tried to send you this information as
attachments and your email box is full and the email and all attachments bounced back to me.
Here is a link to the files, they are extensive as there are a lot of billing since Dec 2016 that to
date remain unpaid by UHC. You can print them or forward the link to UHC for review.

I have included my most recent billing from Dental Specialty Assoc which is the provider
including Dr. Lilien and Dr. Berger. All of the provider amounts I have paid to Dr. Lilien and Dr
Berger should have been paid by UHC as they were all services related to the plane crash last
October 2016. There has been a peer to peer review and this fact has been confirmed, **yet
many many bills to both Dr Berger and Dr Lilien remain unpaid.**

The only bills having been paid were either paid by me or paid via my dental insurance in error
of UHC. These are medical claims, **all of them**, not dental claims.

As we spoke on the phone today, I do not believe you have confirmation of payment to Dental
Specialty Assoc for the amounts due related to all of these services. They are numerous!
Please let me know if you can confirm payment for all of the related amounts and I am CC'ing
my provder to confirm as well. **Please have your supervisor call me.**

Please access all of the complaint related docs and billing from Dental Specialty Assoc via this
link. https://www.dropbox.com/sh/f8gq6iu4tubs42d/AAApfQVCNLxPZxKzgO7Lorcia?dl=0

Respectfully,

Clint Schuler

480-721-9023

---

**From:** Dawn Lucero [mailto:DLucero@azinsurance.gov]
**Sent:** Wednesday, October 18, 2017 1:38 PM
**To:** schulerclint@gmail.com
**Subject:** Dropbox

Mr. Schluer:

The Department has received your invitation to the Drop Box, however the Department is unable to access the information.  If you would attach the bills your receiving to this email, the Department will forward the information to UnitedHealthcare for review.  Thank you for your assistance in this matter.

*Dawn Lucero, Consumer Specialist*

*Arizona Department of Insurance*

*2910 North 44th Street, Suite 210*

*Phoenix, AZ  85018*

*Phone* 602-364-2492

dlucero@azinsurance.gov

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**Clint Schuler** <schulerclint@gmail.com>                                    Wed, Oct 18, 2017 at 2:14 PM
To: Dawn Lucero <DLucero@azinsurance.gov>, Clint Schuler <schulerclint@gmail.com>
Cc: Marie Sessions <mariedsaofaz@gmail.com>, clint@gentryestates.com

    [Quoted text hidden]

 **Gmail**                                                    **Clint Schuler <schulerclint@gmail.com>**

## UnitedHealthcare Insurance Company
1 message

**Dawn Lucero <liquidfiles@azinsurance.gov>**                                    Fri, Oct 20, 2017 at 6:41 AM
Reply-To: DLucero@azinsurance.gov
To: schulerclint@gmail.com

### File Request

Mr. Schuler:

The Arizona Department of Insurance (Department) is in receipt of your emails regarding your concerns with UnitedHealthcare. However, the Department is unable to download the programming for the Dropbox and is unable to view the attachments. Please provide your attachments via this secure email link. Upon receipt of the information, the Department will forward it to UnitedHealthcare for response. Thank you for your assistance in this matter.

Dawn Lucero
Consumer Specialist

Please visit the following URL to send the files:
https://soter.azinsurance.gov/requests/Sp2BomI1ms4gkkadVaz0Tt

This link expires: **Saturday, 4 November.**

LiquidFiles Appliance: https://soter.azinsurance.gov

---
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

 **Gmail**

Clint Schuler <schulerclint@gmail.com>

## Fwd: UnitedHealthcare
2 messages

**Clint Schuler** <schulerclint@gmail.com>                                    Fri, Oct 27, 2017 at 1:17 PM
To: Marie Sessions <mariedsaofaz@gmail.com>

Clint Schuler

Begin forwarded message:

**From:** Dawn Lucero <dlucero@azinsurance.gov>
**Date:** Oct 27, 2017 at 12:46 PM
**To:** Clint Schuler <schulerclint@gmail.com>
**Subject: UnitedHealthcare**

Ms. Schuler:

This note is to inform you that we have forwarded the additional information we received from you to
UnitedHealthcare. The Department will contact you once we have received a final response from UnitedHealthcare.
I apologize for the inconvenience this may have caused you, but wanted to provide you an update. Thank you for
your patience in the interim.

*Dawn Lucero, Consumer Specialist*

*Arizona Department of Insurance*

*2910 North 44ᵗʰ Street, Suite 210*

*Phoenix, AZ 85018*

*Phone* 602-364-2492

dlucero@azinsurance.gov

---
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error,
please advise the sender by reply e-mail and immediately delete the message and any attachments without copying
or disclosing the contents. Thank you.

**Marie Sessions** <mariedsaofaz@gmail.com>                                    Fri, Oct 27, 2017 at 1:22 PM
To: Clint Schuler <schulerclint@gmail.com>

That is good news!

[Quoted text hidden]

--

**Marie Sessions**
**Office Manager**
**Dental Specialty Associates**
480-633-9977-Office
480-201-7937-Cell

 Gmail

**Clint Schuler <schulerclint@gmail.com>**

---

## UnitedHealthcare
3 messages

---

**Dawn Lucero** <DLucero@azinsurance.gov>                                      Fri, Oct 27, 2017 at 12:46 PM
To: Clint Schuler <schulerclint@gmail.com>

Ms. Schuler:

This note is to inform you that we have forwarded the additional information we received from you to UnitedHealthcare. The Department will contact you once we have received a final response from UnitedHealthcare. I apologize for the inconvenience this may have caused you, but wanted to provide you an update. Thank you for your patience in the interim.

*Dawn Lucero, Consumer Specialist*

*Arizona Department of Insurance*

2910 North 44*th Street, Suite 210*

*Phoenix, AZ  85018*

*Phone* 602-364-2492

dlucero@azinsurance.gov

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

**Clint Schuler** <schulerclint@gmail.com>                                      Tue, Nov 14, 2017 at 11:08 AM
To: Dawn Lucero <DLucero@azinsurance.gov>
Cc: Marie Sessions <mariedsaofaz@gmail.com>

Ms. Lucero...thank you again for your help! Please let me know what you hear back from UHC and my provider Dental Specialty Assoc regarding making me pay upfront for my next level of care on November 29th. I have already paid them upfront fo my last care, last month. I did not know they couldn't require me to pay upfront!!

Please find attached herein the contact info for both of my dentists prior to the plane crash.

---

TO ALL CONCERNED:

Please release any and all medical and dental records related to my care at your offices for all timeframes and procedures as necessary and requested by my health insurer, United Healthcare. United Healthcare is in need of my previous conditions for teeth and jaw in order to approve billings by my current provider for teeth reconstruction and jaw reconstruction after our plane crash which occurred on October 12th, 2016.

If you have questions or concerns before responding to UHC please contact them or me.

Sincerely,

Clint Schuler

480-721-9023

TO: Dr. John C. Logan, DDS

Dentist in Casper, Wyoming

Address: 264 S Wilson St, Casper, WY 82601

Phone: (307) 234-3259

# TO: Linda

Office Manager for David P Lindstrom, DDS, PC

2204 S Dobson Rd #202, Mesa, AZ 85202

smile@davidlindstromdds.com

www.davidlindstromdds.com

_____

**From:** Dawn Lucero [mailto:DLucero@azinsurance.gov]
**Sent:** Friday, October 27, 2017 12:47 PM
**To:** Clint Schuler
**Subject:** UnitedHealthcare

[Quoted text hidden]

---

Clint Schuler <schulerclint@gmail.com>                                    Tue, Nov 14, 2017 at 11:08 AM
To: Dawn Lucero <DLucero@azinsurance.gov>
Cc: Marie Sessions <mariedsaofaz@gmail.com>

Ms. Lucero…thank you again for your help!  Please let me know what you hear back from UHC
and my provider Dental Specialty Assoc regarding making me pay upfront for my next level of
care on November 29th.  I have already paid them upfront fo my last care, last month.  I did not
know they couldn't require me to pay upfront!!

Please find attached herein the contact info for both of my dentists prior to the plane crash.

TO ALL CONCERNED:

Please release any and all medical and dental records related to my care at your offices for all
timeframes and procedures as necessary and requested by my health insurer, United
Healthcare.  United Healthcare is in need of my previous conditions for teeth and jaw in order to
approve billings by my current provider for teeth reconstruction and jaw reconstruction after our
plane crash which occurred on October 12th, 2016.

If you have questions or concerns before responding to UHC please contact them or me.

Sincerely,

Clint Schuler

480-721-9023

TO: Dr. John C. Logan, DDS

Dentist in Casper, Wyoming

Address: 264 S Wilson St, Casper, WY 82601

Phone: (307) 234-3259

## TO: Linda

Office Manager for David P Lindstrom, DDS, PC

2204 S Dobson Rd #202, Mesa, AZ 85202

smile@davidlindstromdds.com

www.davidlindstromdds.com

---

**From:** Dawn Lucero [mailto:DLucero@azinsurance.gov]
**Sent:** Friday, October 27, 2017 12:47 PM
**To:** Clint Schuler
**Subject:** UnitedHealthcare


Ms. Schuler:

[Quoted text hidden]

Case 2:18-cv-00920-DJH   Document 1-2   Filed 03/23/18   Page 78 of 128

 **Gmail**

**Clint Schuler <schulerclint@gmail.com>**

## RE: Clint Schuler Additional payments - UHC-Missing Payments Still Outstanding
2 messages

**Clint Schuler** <schulerclint@gmail.com>                          Tue, Oct 31, 2017 at 10:04 AM
To: Marie Sessions <mariedsaofaz@gmail.com>, Clint Schuler <clint@gentryestates.com>,
kami@insurancebillingoutsourcing.com, Dawn Lucero <DLucero@azinsurance.gov>

Marie...I printed my ledger and compared.  For the record:

The payment which Kami references "DOS 02/01-03/13/17 $831.31", seems to be correct...it is the $825.29 billed and
the interest due of 6.02 which totals the $831.31 for this DOS.

The payment which Kami references "03/15-04/10/17 $442.32" is probably a *misspelling* and should be **$424.32** which
is the $421.25 and the interest due of $3.07 for this DOS.

So you are still waiting on the amount for DOS 03/10/2017 which UHC states they paid $2036.26 AND the amount for DOS
09/06/2017 of $1172.94 AND the amount for DOS 12/19/2017 of $716.79.

**But this still doesn't account for the billings of Dr. Berger,** much of which I have also paid out of pocket which I have complained
of to the insurance commission also.

Please let me know if anything else comes in.

THANKS,

Clint Schuler

480-721-9023

**From:** Marie Sessions [mailto:mariedsaofaz@gmail.com]
**Sent:** Tuesday, October 31, 2017 7:50 AM
**To:** Clint Schuler
**Subject:** Fwd: Clint Schuler Additional payment

This came in this morning.

Looks like we got a few more payments. But we are still waiting on a few.

Just wanted to update you.

And Kayla will be emailing you today.

---------- Forwarded message ----------
From: **Kami Bertram** <kami@insurancebillingoutsourcing.com>
Date: Tue, Oct 31, 2017 at 6:03 AM
Subject: Clint Schuler Additional payment
To: Marie Sessions <mariedsaofaz@gmail.com>

Per EOB for DOS 02/01-03/13/17, 03/10/17, 03/15-04/10/17, An additional amount has been paid for DOS 02/01-03/13/17 $831.31, 03/10/17 NO ADDITIONAL PAYMENT, 03/15-04/10/17 $442.32, Pt's Resp $160.22   We are still waiting on payment from DOS 12/19/16 and 09/06/17.

Kami Bertram

Medical Billing / Claims

ph. 317-565-4988

fax 765-374-0806

This transmission may contain information that is personal and confidential or legally prohibited from disclosure. The email and any attached documents are intended solely for the above-named individual. Information contained herewith may not be shared with any other party. Disclosure is strictly prohibited to protect the confidentiality of these documents, and in compliance with the HIPAA privacy act, effective April 14, 2003. If you are not the intended recipient, be aware that duplication, distribution, retention, disclosure, or any other action resulting in a breach of the confidential nature of these documents is prohibited by law. If you have received this email in error, please immediately notify Insurance Billing Outsourcing at 317-565-4988 to return and/or destroy all copies of the documents.

**Marie Sessions**

Office Manager
**Dental Specialty Associates**
480-633-9977-Office
480-201-7937-Cell

---

**Clint Schuler** <schulerclint@gmail.com>                    Tue, Oct 31, 2017 at 10:04 AM
To: Marie Sessions <mariedsaofaz@gmail.com>, Clint Schuler <clint@gentryestates.com>,
kami@insurancebillingoutsourcing.com, Dawn Lucero <DLucero@azinsurance.gov>

[Quoted text hidden]

 **Gmail**                                        **Clint Schuler <schulerclint@gmail.com>**

## RE: Clint Schuler - COMPLAINT STATE FILE #20423_UHC
1 message

**Clint Schuler** <clint@gentryestates.com>                          Wed, Nov 1, 2017 at 10:56 AM
To: smile@davidlindstromdds.com, central_consumer_affairs@uhc.com, Dawn Lucero <DLucero@azinsurance.gov>,
Marie Sessions <mariedsaofaz@gmail.com>
Cc: Clint Schuler <schulerclint@gmail.com>

Ms. Lucero and Ms. Ewald with UHC:

I received a very large file today in the UPS mail of all communications which UHC **alleges** they had with ME and my dentists and oral surgeons, with what seems to be at first glance all related billings, medical records and preauth's, etc. In the package today however, there are no proof of payments by UHC.

First of all, **THIS IS THE FIRST TIME I HAVE EVER BEEN CONTACTED DIRECTLY BY UHC or any UHC Rep** with regard to this matter.

I see in UHC's, Ms. Ewald's response, the reason for denial of my claims was they needed to see my teeth prior to the plane crash? This is the first I have heard of this ridiculous request. I had a different dentist prior to the plane crash as you can confirm in the email thread below - so if UHC requested this info of my dentist and oral surgeon at Dental Specialty Assoc, this information would not have been in their possession. UHC should have immediately contacted me in this regard and not waited approx. 1 year and several grievances and complaint, filed later.

My previous dentist, today, has supplied the bite wing X-rays to UHC, Ms Ewald, and I am attaching them also. If UHC wishes to confirm anything else in regard to my teeth prior to the accident, they may contact Dr. Lindstrom or his assistant, as below.

This is all simply an excuse by UHC, once again. When a patient (me) suffers a jaw that was literally broken in two and wired and plated back together, as in my case...it is complete common sense that TEETH were removed (broken out!) and would need to be replaced and repaired. Does UHC really believe a broken jaw as repaired by Dr. Prichard for whom has billed and been paid in part by UHC under my insurance contract, was able to keep all of my teeth in the process? Maybe Dr. Prichard went to the scene of the plane crash and picked up my teeth, to replace them in emergency surgery? This idea and excuse by UHC is absolutely absurd! I can assure you I never had one crown or any partials or missing teeth in my mouth prior to the accident and Dr. Lindstrom can attest to this.

UHC claims and has apparently **finally** begun to pay **some** of the claims related to my broken jaw and repair and dental surgery(s). However, they still are not giving me credit proper for my deductible paid in 2016 and 2017 and amounts I have paid which **should have been paid** by UHC to Dr. BERGER and Dr. LILIEN at Dental Specialty Assoc. In fact the documents delivered to my door today by UPS from UHC further reiterate that my doctors have supplied the proper information and made proper preauthorization's. In any event, this is all related to the emergency medical treatment required from the plane crash. Preauth's should not be a question.

Also, since UHC has been so defiant and obstinate in all of this, **I would like to supplement my complaint** and complain to the Commission with regard to amounts NOT paid to Dr. Prichard by UHC, last year.  Dr. Prichard billed multiple times as well (like DSA) and I believe he has never been paid in full by UHC.  Again, Dr. Prichard was the surgeon who repaired my jaw.  I also want to add a complaint for amounts I paid out of pocket to the dental surgeon who completed two root canals for me, for which UHC only paid as a dental claim even though it was trauma related to the medical (not dental) plane accident.  UHC owes me approx., $295 I believe for amounts I paid out of pocket for the root canals earlier this year.

I am losing coverage with UHC at the end of this month, - COBRA plan expires.  I absolutely must finish my treatment with Dental Specialty Assoc's **this month** under my current insurance contract with UHC or I will be forced to pay yet ANOTHER deductible for new insurance coverage.  I also MUST see to it that my doctors are paid and NOT billing me for amounts to be paid under contract with UHC.

Ms. Lucero and Ms. Ewald – please finish this investigation and close the complaint in this matter with FULL payment to Dental Specialty Assoc (DSA) and Dr. Prichard immediately!

Please immediately CC contact with ME and my Doctor's for any further information you may need to complete this matter so I can schedule my final implant surgery with DSA prior to the end of November, 2017.

Please confirm receipt of this email.

Sincerely,

Clint Schuler

480-721-9023

---

**From:** smile@davidlindstromdds.com [mailto:smile@davidlindstromdds.com]
**Sent:** Wednesday, November 01, 2017 10:12 AM
**To:** central_consumer_affairs@uhc.com
**Cc:** clint@gentryestates.com
**Subject:** Clint Schuler

Dear Dawn,

Please see the attached x-rays for Clint Schuler from last year.  If you have any further questions or require any addition information, please contact us.

# Linda

Office Manager for David P Lindstrom, DDS, PC

smile@davidlindstromdds.com

www.davidlindstromdds.com

 **X09483.JPG**
74K

 **UnitedHealthcare**

9700 Health Care Lane
MN017-E300
Minnetonka, MN  55343

November 27, 2017

Arizona Department of Insurance
Dawn Lucero
2910 North 44ᵗʰ Street, Suite 210
Phoenix, AZ 85018

Re:   State File Number:       DLL-20423
      Complainant Name:        Clint Schuler

Dear Dawn Lucero:

I am writing in response to the above-referenced verbal follow-up complaint from November 17, 2017.

On the call you stated that Clint Schuler stated he has been unable to receive services from Brian Lilien, D.D.S., because they are requiring him to pay $7,000.00 upfront prior to services being rendered on November 29, 2017.

On November 27, 2017, we were able to speak with Marie at Dr. Lilien's office. She stated that Mr. Schuler has an appointment on Wednesday; however, the appointment is not contingent on payment. She stated that they are not requiring Mr. Schuler to pay upfront for the services.

Marie stated that she would call Mr. Schuler today, and notify him he is not required to pay upfront for Wednesday's services.

It is our goal to thoroughly review complaints and provide you with a complete response. If you have any questions, please call me at 800-842-2656, or directly at 715-363-2787, Monday through Friday from 8:00 a.m. to 4:30 p.m. Central time or by email at central_consumer_affairs@uhc.com. My fax number is 877-507-0889.

Sincerely,

*Michelle Ewald*

Michelle Ewald
Regulatory Consumer Advocate

NOTICE:  This communication may contain PERSONAL and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information that is personal and confidential. Protected Health Information may be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information in this communication. If you are not an intended recipient, you are hereby notified that any unauthorized use, dissemination or copying of the information contained in it or attached to it is strictly prohibited. If you have received this in error, please securely destroy it and immediately notify the sender. Thank you.

**From:** Dawn Lucero
**Sent:** Tuesday, November 28, 2017 7:22 AM
**To:** Clint Schuler
**Subject:** RE: Update?

Mr. Schuler:

This note is in response to your email below.  Attached is the latest response the Arizona Department of Insurance (Department) received from UnitedHealthcare.  As you will note, UnitedHealthcare has confirmed with your providers office that your appointment Wednesday, November 29, 2017, is not contingent on payment up front.  If you have any further questions regarding this matter, you may contact me at the number listed below.

We hope the information provided will be of assistance to you.

*Dawn Lucero, Consumer Specialist*
*Arizona Department of Insurance*
*2910 North 44th Street, Suite 210*
*Phoenix, AZ  85018*
*Phone 602-364-2492*
*dlucero@azinsurance.gov*

---

**From:** Clint Schuler [mailto:schulerclint@gmail.com]
**Sent:** Monday, November 27, 2017 10:00 AM
**To:** Dawn Lucero <DLucero@azinsurance.gov>
**Subject:** Update?

Ms Lucero...i hope you had a good holiday.

I have a scheduled implant surgery for Wednesday. I know last time we talked you had indicated you talked with my Provider Dental Specialty Assoc and advised them they cannot charge me up front for the implants. Did they agree with you or do you have other info for me before I go in on Wednesday. Please let me know. Thank you!

Clint Schuler

---

Scanned on receipt by Cisco IronPort at 11/27/17 09:59:54

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.



Clint Schuler <schulerclint@gmail.com>

---

## UnitedHealthcare
1 message

**Dawn Lucero** <liquidfiles@azinsurance.gov>                                    Wed, Nov 29, 2017 at 2:46 PM
Reply-To: DLucero@azinsurance.gov
To: schulerclint@gmail.com

### File Request

Please provide your Medical Records via this secured link. In addition, to providing the Department with the documentation you may want to forward the information to UnitedHealthcare.

---

Please visit the following URL to send the files:
https://soter.azinsurance.gov/requests/zn2CNIEUFL4PIuaYuMP2Ih

This link expires: **Thursday, 14 December.**

**LiquidFiles Appliance: https://soter.azinsurance.gov**

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**From:** Clint Schuler
**Sent:** Wednesday, November 29, 2017 2:43 PM
**To:** 'Dawn Lucero'
**Subject:** RE: Update?

Ms. Lucerro...I have received my medical records from the hospital related to the plane crash.  I would like to send these to you so you can forward to your contact at UHC?  Please provide me with an link to upload?  The file is large, nearly 35 Megabytes.

Thank you,

Clint Schuler

**From:** Clint Schuler [mailto:schulerclint@gmail.com]
**Sent:** Tuesday, November 28, 2017 8:01 AM
**To:** Dawn Lucero
**Subject:** Re: Update?

Thanks again!  Good news. Thanks so much for helping me!
Have a blessed day!

Clint Schuler


On Nov 28, 2017 at 7:22 AM, <Dawn Lucero> wrote:

Mr. Schuler:

This note is in response to your email below.  Attached is the latest response the Arizona Department of Insurance (Department) received from UnitedHealthcare.  As you will note, UnitedHealthcare has confirmed with your providers office that your appointment Wednesday, November 29, 2017, is not contingent on payment up front.  If you have any further questions regarding this matter, you may contact me at the number listed below.

We hope the information provided will be of assistance to you.

*Dawn Lucero, Consumer Specialist*
*Arizona Department of Insurance*
*2910 North 44th Street, Suite 210*
*Phoenix, AZ  85018*
*Phone 602-364-2492*
*dlucero@azinsurance.gov*

**From:** Clint Schuler [mailto:schulerclint@gmail.com]
**Sent:** Monday, November 27, 2017 10:00 AM
**To:** Dawn Lucero <DLucero@azinsurance.gov>
**Subject:** Update?

Ms Lucero...i hope you had a good holiday.

I have a scheduled implant surgery for Wednesday. I know last time we talked you had indicated you talked with my Provider Dental Specialty Assoc and advised them they cannot charge me up front for the implants. Did they agree with you or do you have other info for me before I go in on Wednesday. Please let me know. Thank you!

Clint Schuler

---
Scanned on receipt by Cisco IronPort at 11/27/17 09:59:54

---
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**From:** Dawn Lucero
**Sent:** Wednesday, November 29, 2017 2:46 PM
**To:** schulerclint@gmail.com
**Subject:** UnitedHealthcare

## File Request

Please provide your Medical Records via this secured link. In addition, to providing the Department with the documentation you may want to forward the information to UnitedHealthcare.

Please visit the following URL to send the files:
https://soter.azinsurance.gov/requests/zn2CNlEUFL4PIuaYuMP2lh

This link expires: **Thursday, 14 December.**

LiquidFiles Appliance: https://soter.azinsurance.gov

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

 **Gmail**

Clint Schuler <schulerclint@gmail.com>

---

## medical documents
1 message

---

**Clint Schuler** <schulerclint@gmail.com>              Thu, Nov 30, 2017 at 7:49 AM
To: Dawn Lucero <dlucero@azinsurance.gov>, Marie Sessions <mariedsaofaz@gmail.com>

It was supplied to me with password protection. I apologize. The password is my birthdate. 10131970. My birthdate is not confidential information. Please forward to the parties. Thank you.

Clint Schuler
480-721-9023

On Nov 29, 2017 at 3:36 PM, <Dawn Lucero> wrote:

Mr. Schuler:

The Department received your documentation however it is password protected. Please provide a copy without the password protection.

*Dawn Lucero, Consumer Specialist*

*Arizona Department of Insurance*

*2910 North 44th Street, Suite 210*

*Phoenix, AZ 85018*

*Phone* 602-364-2492

dlucero@azinsurance.gov

---
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

Secure Message: Secure Message from michelle_l_ewald@uhc.com    file:///C:/Users/Clint Schuler/AppData/Local/Packages/microsoft.windo...

Case 2:18-cv-00929-DJA    Document 1-2    Filed 03/23/18    Page 92 of 128

Help | Forget me on this computer (Log Out)



## Secured Message

<span>Reply</span> <span>ReplyAll</span>

From:    Ewald, Michelle L <michelle_l_ewald@uhc.com>
To:      "schulerclint@gmail.com" <schulerclint@gmail.com>
Date:    12/06/2017 04:12:41 PM MST
Subject: Secure Message from michelle_l_ewald@uhc.com

Hello Clint;

We just spoke on the phone, and I let you know I was unable to open your attachment. If you could please attach the records to this email I would greatly appreciate it.

Thank you!


# Michelle L. Ewald

**Regulatory Consumer Affairs Advocate**
Regulatory Consumer Affairs
**UnitedHealthcare**
4316 Rice Lake Rd. Duluth, MN 55811
Phone: 715-363-2787 Fax: 855-710-2187 E-mail: <u>michelle_l_ewald@uhc.com</u>


NOTICE: This email may contain PERSONAL and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information that is personal and confidential. Protected Health Information may be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information in this email. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply email. Thank you.

*--SecureDelivery--*


This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

<span>Reply</span> <span>ReplyAll</span>

Copyright © 2011-2017 Cisco Systems, Inc. and/or its affiliates. All rights reserved.

**From:** Clint Schuler
**Sent:** Thursday, December 7, 2017 11:11 AM
**To:** 'Ewald, Michelle L'
**Cc:** 'Clint Schuler'; 'Dawn Lucero'
**Subject:** RE: Secure Message from michelle_l_ewald@uhc.com

Michelle...please open this drop box link to the files.  I was not able to send upload the files through the secure system email link you sent to me yesterday.  The files bounced back to me yesterday.  Ms. Lucero at the state of AZ called me this morning.

https://www.dropbox.com/sh/ewneyzjejzrxi0r/AACxsTMvc_ggOq5ORSKvJKkCa?dl=0

Thanks,

Clint Schuler

---

**From:** Ewald, Michelle L [mailto:michelle_l_ewald@uhc.com]
**Sent:** Wednesday, December 06, 2017 4:13 PM
**To:** schulerclint@gmail.com
**Subject:** Secure Message from michelle_l_ewald@uhc.com

---

### You have received a secure message

If you have concerns about the validity of this message, contact the sender directly.

To retrieve your encrypted message, follow these steps:

1. Click the attachment, securedoc.html.

You will be prompted to open (view) the file or save (download) it to your computer. For best results, save the file first, then open it in a Web browser.

2. Enter your password.

If you are a first time user, you will be asked to register first.

Mobile device users: forward this message to mobile@res.cisco.com. You will be emailed a link where you can enter your password and view the secure email message. ·

For help opening securedoc.html, see https://res.cisco.com/websafe/help?topic=RegEnvelope.

To initiate a new email message https://res.cisco.com/websafe.

 **Gmail**

Clint Schuler <schulerclint@gmail.com>

---

## Michelle Ewald
1 message

---

**Clint Schuler** <schulerclint@gmail.com>                                    Fri, Dec 15, 2017 at 3:37 PM
To: Central Affairs <central_consumer_affairs@uhc.com>, Dawn Lucero <dlucero@azinsurance.gov>

Per your request. I mailed first class postage paid my medical records on USB drive along with the grievance form you
once again requested from me. This is unbelievable. This information has been sent multiple times. I ha w called you
multiple times. I have called my state agent multiple times. I also emailed my records to you again today in smaller
files sizes as your system is antiquated.
Please call me immediately next week if you do not receive the USB DRIVE and forms.

Clint Schuler
480-721-9023

---

 **Gmail**

Clint Schuler <schulerclint@gmail.com>

---

## Michelle Ewald
1 message

---

**Clint Schuler** <schulerclint@gmail.com>                                      Fri, Dec 15, 2017 at 3:37 PM
To: Central Affairs <central_consumer_affairs@uhc.com>, Dawn Lucero <dlucero@azinsurance.gov>

---

Per your request. I mailed first class postage paid my medical records on USB drive along with the grievance form you once again requested from me. This is unbelievable. This information has been sent multiple times. I ha w called you multiple times. I have called my state agent multiple times. I also emailed my records to you again today in smaller files sizes as your system is antiquated.
Please call me immediately next week if you do not receive the USB DRIVE and forms.

Clint Schuler
480-721-9023

Plaintiff's EXHIBIT   4

 **UnitedHealthcare®**

9700 Health Care Lane
MN017-E300
Minnetonka, MN 55343

December 15, 2017

Arizona Department of Insurance
Dawn Lucero
2910 North 44th Street, Suite 210
Phoenix, AZ 85018

Re:   State File Number:        DLL-20423
      Complainant Name:        Clint Schuler

Dear Dawn Lucero:

I am writing in response to the above-referenced follow-up status inquiry dated December 14, 2017, received in our office on the same day.

As stated previously Mr. Schuler's claim has denied as provider liability, the provider is unable to balance bill the member for any not covered amounts. We are unable to open the electronic correspondence Mr. Schuler sent. Mr. Schuler can provide the records to the provider and the provider is able to submit an appeal requesting reconsideration of the claim, or Mr. Schuler can mail or fax his records to myself. Until a hard copy of the records are received, or the provider submits the appeal we are upholding our original determination and consider this case closed. We have reached out to the provider multiple times to ensure they are not balance billing Mr. Schuler and are not making Mr. Schuler pre-pay for future services.

It is our goal to thoroughly review complaints and provide you with a complete response. If you have any questions, please call me at 800-842-2656, or directly at 715-363-2787, Monday through Friday from 8:00 a.m. to 4:30 p.m. Central time or by email at central_consumer_affairs@uhc.com. My fax number is 877-507-0889.

Sincerely,

*Michelle Ewald*

Michelle Ewald
Regulatory Consumer Advocate

NOTICE: This communication may contain PERSONAL and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. It may contain Protected Health Information that is personal and confidential. Protected Health Information may be used or disclosed in accordance with law and you may be subject to penalties under law for improper use or further disclosure of the Protected Health Information in this communication. If you are not an intended recipient, you are hereby notified that any unauthorized use, dissemination or copying of the information contained in it or attached to it is strictly prohibited. If you have received this in error, please securely destroy it and immediately notify the sender. Thank you.

## ılıılıı
## CISCO

### Secured Message

[ Reply ]

| | |
|---|---|
| From: | Dawn Lucero <DLucero@azinsurance.gov> |
| To: | Clint Schuler <schulerclint@gmail.com> |
| Date: | 12/15/2017 02:19:32 PM MST |
| Subject: | UnitedHealthcare Insurance Company - secure |
| Attachments: | 12.15.2017 Resolution letter - Schuler.pdf |

Mr. Schuler:

In an effort to assist you, the Department reached out to UnitedHealthcare to request a status. Attached is UnitedHealthcare's response for your review. As you will note,
UnitedHealthcare is unable to open the electronic correspondence you sent. UnitedHealthcare has requested that you provide the records to your provider and the provider can submit an appeal requesting reconsideration of the claim, or you can mail or fax your records to Ms. Ewald. Until a hard copy of the records are received, or the provider submits the appeal UnitedHealthcare is upholding their original determination and consider this case closed. Ms. Ewald indicates that UnitedHealthcare has reached out to the provider multiple times to ensure they are not balance billing you and are not making you pre-pay for future services. If you have any questions regarding this matter you may contact me at the number listed below.

*Dawn Lucero, Consumer Specialist*
*Arizona Department of Insurance*
*2910 North 44th Street, Suite 210*
*Phoenix, AZ 85018*
*Phone 602-364-2492*
*dlucero@azinsurance.gov*

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply e-mail and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

[ Reply ]

Copyright © 2011-2018 Cisco Systems, Inc. and/or its affiliates. All rights reserved.

Plaintiff's EXHIBIT 5

**Dental Specialties Associates**
2730 S Val Vista Dr.Bldg. 11 STE 164
Bldg. 11 STE 164
Gilbert AZ 85295

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | | |
|---|---|---|---|
| ☐ VISA | ☐ MC | ☐ | ☐ DISCOVER |
| CARD NUMBER | | | EXP. DATE |
| FULL NAME (Please Print) | | | CCV CODE |
| SIGNATURE | | | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
|---|---|---|
| 02/05/2018 | 3745.34 | 024522 |

SHOW AMOUNT PAID HERE $

\* **RETURN SERVICE REQUESTED**
ADDRESSEE
CLINT SCHULER
7907 E PORTOBELLO AVE
MESA AZ 85212-1542

**MAKE CHECK PAYABLE TO**

DENTAL SPECIALTIES ASSOCIATES
2730 S VAL VISTA DR.BLDG 11  STE 164
BLDG 11  STE 164
GILBERT AZ 85295

☐ Please check box if address is incorrect or insurance information has changed and indicate change(s) on reverse side.

Please detach and return this portion with payment.

## STATEMENT

| DUE DATE | 30 Days | 60 Days | 90 Days | CURRENT BALANCE |
|---|---|---|---|---|
| 02/20/2018 | 0.00 | 3671.34 | 0.00 | 74.00 |

**AMOUNT DUE
$3745.34**

| DATE | PATIENT NAME | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 01/01/2018 | | Balance Forward | 4127.63 | |
| 01/12/2018 | Clint | Medical Insurance Payment  Ch # QC65926744 | | -456.29 |
| 01/12/2018 | Clint | Medical claim note | 0.00 | |
| 01/19/2018 | Clint | Limited re-evaluation estab pat | 74.00 | |
| 01/26/2018 | Clint | Medical claim note | 0.00 | |
| | | Please pay balance within 30 days to avoid 2% finance charge. | | |

**NOTE:** FOR ALL BILLING QUESTIONS AND PAYMENTS PLEASE CALL 602-633-0272.
Dental Specialties Associates, 2730 S Val Vista Dr.Bldg. 11 STE 164, Bldg. 11 STE 164, Gilbert AZ 85295 (480) 633-9977

# Plaintiff's EXHIBIT 6



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

February 17, 2017

DPS$$$PKG
CLINT SCHULER
7907 E PORTOBELLO AVE
MESA AZ 85212-1542

**Member/Patient Information**
Member/Patient: CLINT SCHULER
Member ID: A976771105
Relationship: EE
Group Name: GREENCRAFT
INTERIORS
Group #: 05U8947

### Explanation of Benefits Statement
**This is not a bill.  Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $1,224.00 | **Amount Billed**<br>This is the total amount that your provider billed for the services that were provided to you. |
| $0.00 | **Plan Discounts**<br>Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay. |
| $160.89 | **Your Plan Paid**<br>This is the portion of the amount billed that was paid by your plan. |
| $1,063.11 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s).  This amount does not reflect any payment you may have already made at the time you received care.  This amount may include your deductible, co-pay, coinsurance and/or non covered charges.  This amount does not include any payments made to the subscriber*.  If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>*  When coordination of benefits applies, this amount will include payments made to the subscriber. |

 UnitedHealthcare

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 17, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for CLINT SCHULER

Provider: T HARRISON                    Claim Number: 627742212701                    Patient Account Number: 528082

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Your Itemized Responsibility to Provider** | | | | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Deductible (+) | Copay | (+) Coinsurance (+) | Non Covered (=) | |
| 11/29/2016 | ANESTHESIA | CK | $1,224.00 | | $0.00 | | $160.89 | | $0.00 | $0.00 | $0.00 | $1,063.11 | $1,063.11 |
| Claim Total: | | | $1,224.00 | | $0.00 | | $160.89 | | $0.00 | $0.00 | $0.00 | $1,063.11 | **$1,063.11** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

## Notes*

**CK -**    A NON NETWORK HEALTH CARE PROVIDER OR FACILITY PROVIDED THESE SERVICES. YOUR CLAIM HAS BEEN PAID BASED ON YOUR BENEFIT PLAN, WHICH USES RATES ESTABLISHED BY THE FEDERAL GOVERNMENT FOR THE MEDICARE PROGRAM. THIS SERVICE WAS PAID BASED ON AMOUNTS SET BY MEDICARE OR OTHER SOURCES IF NO MEDICARE AMOUNT IS AVAILABLE.  THE MEMBER IS RESPONSIBLE FOR THE TOTAL AMOUNT INDICATED IN THE AREA OF THIS STATEMENT SHOWING WHAT THE PATIENT OWES.

Because your family deductible has been satisfied, your remaining individual deductible has been adjusted to $0.  The coinsurance period of your plan has begun for all covered members of your family.

Because your family's out-of-pocket maximum has been satisfied, your remaining individual out-of-pocket maximum has been adjusted to $0.

You have a right to request an appeal of the claim determination outlined in this statement. This appeal must be submitted within 2 years from the date you receive this statement.

You may submit a written appeal, along with the copies of any relevant documents, to:

UnitedHealthcare Appeals, P.O. Box 30573, Salt Lake City, UT 84130-0573.

If you request a review of your claim determination, we will complete our review no later than 30 days after we receive your appeal.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

SWDOIBHRO0BHKol.wz-170-8 8asd AE3/23/ex18

 **UnitedHealthcare**

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 17, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272).  If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-800-782-3740.

Meet Your Needs Online

At almost anytime day or night, you can review claims, check eligibility, locate a network physician, request an ID card, refill prescriptions if eligible, obtain more information on EOB content and more!  For immediate, secure self-service visit www.myuhc.com.

Myuhc Registration

You can register and begin using myuhc in the same session.  Navigate to www.myuhc.com to register.  The information required for registration is on your insurance ID card (first name, last name, member ID, group number and date of birth).

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

Para obtener asistencia en español, llame al número de teléfono que se incluye en este documento o al dorso de su tarjeta de identificación.



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 17, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

We do not treat members differently because of sex, age, race, color, disability or national origin.

If you think you were treated unfairly because of your sex, age, race, color, disability or national origin, you can send a complaint to the Civil Rights Coordinator.
**Online:** UHC_Civil_Rights@uhc.com
**Mail:** Civil Rights Coordinator. UnitedHealthcare Civil Rights Grievance. P.O. Box 30608 Salt Lake City, UTAH 84130

You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days.
If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint,
please call the toll-free number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call
the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATTENTION: If you speak English, language assistance services, free of charge, are available to you.
Please call the toll-free phone number listed on your identification card.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su
disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付
費會員電話號碼。

XIN LƯU Ý: Nếu quý vị nói tiếng **Việt (Vietnamese)**, quý vị sẽ được cung cấp dịch vụ trợ giúp về
ngôn ngữ miễn phí. Vui lòng gọi số điện thoại miễn phí ở mặt sau thẻ hội viên của quý vị.



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 17, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

알림: 한국어(Korean)를 사용하시는 경우 언어 지원 서비스를 무료로 이용하실 수 있습니다.
귀하의 신분증 카드에 기재된 무료 회원 전화번호로 문의하십시오.

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng
tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

ВНИМАНИЕ: бесплатные услуги перевода доступны для людей, чей родной язык является
**русском (Russian)**. Позвоните по бесплатному номеру телефона, указанному на вашей
идентификационной карте.

تنبيه: إذا كنت تتحدث **العربية (Arabic)**، فإن خدمات المساعدة اللغوية المجانية متاحة لك. الرجاء الاتصال على رقم الهاتف المجاني
الموجود على معرّف العضوية.

ATANSYON: Si w pale **Kreyòl ayisyen (Haitian Creole)**, ou kapab benefisye sèvis ki gratis pou ede w
nan lang pa w. Tanpri rele nimewo gratis ki sou kat idantifikasyon w.

ATTENTION : Si vous parlez **français (French)**, des services d'aide linguistique vous sont proposés
gratuitement. Veuillez appeler le numéro de téléphone gratuit figurant sur votre carte d'identification.

UWAGA: Jeżeli mówisz po **polsku (Polish)**, udostępniliśmy darmowe usługi tłumacza. Prosimy
zadzwonić pod bezpłatny numer telefonu podany na karcie identyfikacyjnej.

ATENÇÃO: Se você fala **português (Portuguese)**, contate o serviço de assistência de idiomas gratuito.
Ligue gratuitamente para o número encontrado no seu cartão de identificação.

ATTENZIONE: in caso la lingua parlata sia l'**italiano (Italian)**, sono disponibili servizi di assistenza
linguistica gratuiti. Per favore chiamate il numero di telefono verde indicato sulla vostra tessera
identificativa.

 UnitedHealthcare

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 17, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

ACHTUNG: Falls Sie **Deutsch (German)** sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Bitte rufen Sie die gebührenfreie Rufnummer auf der Rückseite Ihres Mitgliedsausweises an.

注意事項：**日本語(Japanese)**を話される場合、無料の言語支援サービスをご利用いただけます。健康保険証に記載されているフリーダイヤルにお電話ください。

توجه: اگر زبان شما فارسی **(Farsi)** است، خدمات امداد زبانی به طور رایگان در اختیار شما می باشد. لطفا با شماره تلفن رایگانی که روی کارت شناسایی شما قید شده تماس بگیرید.

कृपा ध्यान दें: यदि आप **हिंदी (Hindi)** भाषी हैं तो आपके लिए भाषा सहायता सेवाएं निःशुल्क उपलब्ध हैं। कृपा अपने पहचान पत्र पर दिए टाल-फ्री फ़ोन नंबर पर काल करें।

CEEB TOOM: Yog koj hais Lus **Hmoob (Hmong)**, muaj kev pab txhais lus pub dawb rau koj. Thov hu rau tus xov tooj hu deb dawb uas teev muaj nyob rau ntawm koj daim yuaj cim qhia tus kheej.

ចំណាំ៖ បើសិនជាអ្នកនិយាយភាសា **(Khmer)** យើងខ្ញុំមានការបកប្រែឥតគិតថ្លៃ។ សូមទូរស័ព្ទទៅលេខដែលមានចុះនៅលើប័ណ្ណសម្គាល់ខ្លួនរបស់លោកអ្នក។

PAKDAAR: Nu saritaem ti **Ilocano (Ilocano)**, ti serbisyo para ti baddang ti lengguahe nga awanan bayadna, ket sidadaan para kenyam. Maidawat nga awagan iti toll-free a numero ti telepono nga nakalista ayan iti identification card mo.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yániłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'déę' t'áá jiik'ehgo béésh bee hane'í bíká'ígíí bee hodíílnih.

OGOW: Haddii aad ku hadasho **Soomaali (Somali)**, adeegyada taageerada luqadda, oo bilaash ah, ayaad heli kartaa. Fadlan wac lambarka telefonka khadka bilaashka ee ku yaalla kaarkaaga aqoonsiga.



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 17, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Account Summary

## Summary of Deductible and Out of Pocket
**Plan Year:  2016**

### CLINT
**Relationship: EE**

| | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| IN NET MEDICAL/RX COMBINED | | | |
| Deductible | $4,000.00 | $3,466.50 | Met |
| Out of Pocket | $6,250.00 | $5,716.50 | Met |
| OUT OF NETWORK | | | |
| Deductible | $8,000.00 | $0.00 | $8,000.00 |
| Out of Pocket | $24,000.00 | $0.00 | $24,000.00 |

### FAMILY

| | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| IN NET MEDICAL/RX COMBINED | | | |
| Deductible | $8,000.00 | $8,000.00 | Met |
| Out of Pocket | $12,500.00 | $12,500.00 | Met |
| OUT OF NETWORK | | | |
| Deductible | $16,000.00 | $246.63 | $15,753.37 |
| Out of Pocket | $48,000.00 | $246.63 | $47,753.37 |

## Definitions of Key Terms

**Applied to Date**: The total amount of money applied to your deductible or out of pocket as of this EOB statement.

**Out of Pocket**: This is the amount you pay before your plan benefit starts paying 100% for eligible health care services. Please refer to your plan documents for more information.

**Plan Year**: The dates your plan benefit maximums are applicable.

**Deductible**: The deductible is the fixed dollar amount that you pay each year toward eligible health care services before your plan benefits are payable.  Once the deductible has been met, the co-payment and/or coinsurance period of your plan may begin.  Please refer to your plan documents for specific information regarding what services apply to the deductible.

**Patient Non Covered**: The amount of money you pay for services that are not covered under your plan.

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800

**UnitedHealthcare**

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

March 21, 2017

DPS$$$PKG
CLINT SCHULER
7907 E PORTOBELLO AVE
MESA AZ 85212-1542

**Member/Patient Information**
Member/Patient: CLINT SCHULER
Member ID: A976771105
Relationship: EE
Group Name: GREENCRAFT
INTERIORS
Group #: 05U8947

## Explanation of Benefits Statement
**This is not a bill.  Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| | **Amount Billed** |
| $68,672.63 | This is the total amount that your provider billed for the services that were provided to you. |
| | **Plan Discounts** |
| $0.00 | Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay. |
| | **Your Plan Paid** |
| $3,835.81 | This is the portion of the amount billed that was paid by your plan. |
| | **Total amount you owe the provider(s)** |
| $84,588.12 | The portion of the Amount Billed you owe the provider(s).  This amount does not reflect any payment you may have already made at the time you received care.  This amount may include your deductible, co-pay, coinsurance and/or non covered charges.  This amount does not include any payments made to the subscriber*.  If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.
\* When coordination of benefits applies, this amount will include payments made to the subscriber. |

STD-EOB

**Use this EOB statement as a reference or retain as needed**

Page 1 of 9

000001219033565

**UnitedHealthcare**

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for CLINT SCHULER

Provider: P PRICHARD                Claim Number: 329170539001                Patient Account Number: 11212

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) | Coinsurance | (+) | Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Your Itemized Responsibility to Provider**** | | | | | | | | **Amount You Owe** |
| 10/12/2016 | SURGERY | CK | $13,237.14 | | $0.00 | | $1,680.01 | | $0.00 | | $0.00 | | $0.00 | | $11,557.13 | | $11,557.13 |
| 10/12/2016 | SURGERY | CK | $6,514.16 | | $0.00 | | $438.87 | | $0.00 | | $0.00 | | $0.00 | | $6,075.29 | | $6,075.29 |
| 10/12/2016 | SURGERY | CK | $6,451.08 | | $0.00 | | $283.89 | | $0.00 | | $0.00 | | $0.00 | | $6,167.19 | | $6,167.19 |
| 10/12/2016 | SURGERY | CK | $41,250.00 | | $0.00 | | $152.09 | | $0.00 | | $0.00 | | $0.00 | | $41,097.91 | | $41,097.91 |
| 10/12/2016 | SURGERY | CK | $0.00 | | $0.00 | | $840.01 | | $0.00 | | $0.00 | | $0.00 | | $12,397.13 | | $12,397.13 |
| Claim Total: | | | **$67,452.38** | | **$0.00** | | **$3,394.87** | | **$0.00** | | **$0.00** | | **$0.00** | | **$77,294.65** | | **$77,294.65** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

## Claim Detail for CLINT SCHULER

Provider: P PRICHARD                Claim Number: 329170539001                Patient Account Number: 11212

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) | Coinsurance | (+) | Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Your Itemized Responsibility to Provider**** | | | | | | | | **Amount You Owe** |
| 10/12/2016 | CLM EXPENSE INTEREST | 5U | $1.83 | | $0.00 | | $1.83 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| Claim Total: | | | **$1.83** | | **$0.00** | | **$1.83** | | **$0.00** | | **$0.00** | | **$0.00** | | **$0.00** | | **$0.00** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for CLINT SCHULER

**Provider:** P PRICHARD                    **Claim Number:** 329170539001                    **Patient Account Number:** 11212

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) | Coinsurance | (+) | Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | \multicolumn Your Itemized Responsibility to Provider** | | | | | | | | |
| 10/12/2016 | SURGERY | CK | $0.00 | | $0.00 | | $438.87 | | $0.00 | | $0.00 | | $0.00 | | $6,075.29 | | $6,075.29 |
| Claim Total: | | | $0.00 | | $0.00 | | $438.87 | | $0.00 | | $0.00 | | $0.00 | | $6,075.29 | | **$6,075.29** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

## Claim Detail for CLINT SCHULER

**Provider:** P PRICHARD                    **Claim Number:** 329170539001                    **Patient Account Number:** 11212

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) | Coinsurance | (+) | Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Your Itemized Responsibility to Provider** | | | | | | | | |
| 10/12/2016 | CLM EXPENSE INTEREST | 5U | $0.24 | | $0.00 | | $0.24 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| Claim Total: | | | $0.24 | | $0.00 | | $0.24 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | **$0.00** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.



UnitedHealthcare

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for CLINT SCHULER

**Provider:** P PRICHARD          **Claim Number:** 329170539001          **Patient Account Number:** 11212

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) Coinsurance | (+) Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Your Itemized Responsibility to Provider**** | | | | | | |
| 10/12/2016 | IH MEDICAL VISIT | AD | $1,218.18 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $1,218.18 | | $1,218.18 |
| Claim Total: | | HR | $1,218.18 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | $0.00 | $1,218.18 | | $1,218.18 |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

## Notes*

**5U -**    THIS AMOUNT REPRESENTS INTEREST PAID.

**AD -**    CHARGES ARE NOT ELIGIBLE AS THEY FALL WITHIN THE GLOBAL DAYS TIME FRAME OR ARE INCLUDED AS PART OF THE GLOBAL CHARGE.

**CK -**    AN OUT-OF-NETWORK PROVIDER OR FACILITY PROVIDED THESE SERVICES. THE AMOUNT PAID FOR THIS SERVICE WAS DETERMINED USING MEDICARE RATES (OR OTHER SOURCES IF NO MEDICARE RATE WAS AVAILABLE), EVEN IF THE PATIENT DOES NOT HAVE MEDICARE.  YOU MAY BE RESPONSIBLE FOR PAYING THE DIFFERENCE BETWEEN WHAT THE FACILITY OR PROVIDER BILLED AND WHAT WAS PAID.THE NOT COVERED AMOUNT MAY NOT APPLY TO YOUR ANNUAL OUT- OF-POCKET MAXIMUM.

**HR -**    CHARGES WERE RECONSIDERED AND THE CLAIM WAS PROCESSED PER MEMBER BENEFITS, AS A RESULT OF THE ADDITIONAL INFORMATION PROVIDED.

Because your family deductible has been satisfied, your remaining individual deductible has been adjusted to $0.  The coinsurance period of your plan has begun for all covered members of your family.

Because your family's out-of-pocket maximum has been satisfied, your remaining individual out-of-pocket maximum has been adjusted to $0.

You have a right to request an appeal of the claim determination outlined in this statement. This appeal must be submitted within 2 years from the date you receive this statement.

You may submit a written appeal, along with the copies of any relevant documents, to:


**UnitedHealthcare**

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

UnitedHealthcare Appeals, P.O. Box 30573, Salt Lake City, UT 84130-0573.

If you request a review of your claim determination, we will complete our review no later than 30 days after we receive your appeal.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272).  If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-800-782-3740.

Meet Your Needs Online

At almost anytime day or night, you can review claims, check eligibility, locate a network physician, request an ID card, refill prescriptions if eligible, obtain more information on EOB content and more!  For immediate, secure self-service visit www.myuhc.com.

Myuhc Registration

You can register and begin using myuhc in the same session.  Navigate to www.myuhc.com to register.  The information required for registration is on your insurance ID card (first name, last name, member ID, group number and date of birth).

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

Para obtener asistencia en español, llame al número de teléfono que se incluye en este documento o al dorso de su tarjeta de identificación.

We do not treat members differently because of sex, age, race, color, disability or national origin.

If you think you were treated unfairly because of your sex, age, race, color, disability or national origin, you can send a complaint to the Civil Rights Coordinator.
**Online:** UHC_Civil_Rights@uhc.com
**Mail:** Civil Rights Coordinator.  UnitedHealthcare Civil Rights Grievance. P.O. Box 30608 Salt Lake City, UTAH 84130

You must send the complaint within 60 days of when you found out about it.  A decision will be sent to you within 30 days.
If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint,
please call the toll-free number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATTENTION: If you speak English, language assistance services, free of charge, are available to you.
Please call the toll-free phone number listed on your identification card.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 (Chinese)，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

XIN LƯU Ý: Nếu quý vị nói tiếng **Việt (Vietnamese)**, quý vị sẽ được cung cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Vui lòng gọi số điện thoại miễn phí ở mặt sau thẻ hội viên của quý vị.

알림: 한국어(**Korean**)를 사용하시는 경우 언어 지원 서비스를 무료로 이용하실 수 있습니다. 귀하의 신분증 카드에 기재된 무료 회원 전화번호로 문의하십시오.

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

ВНИМАНИЕ: бесплатные услуги перевода доступны для людей, чей родной язык является **русским (Russian)**. Позвоните по бесплатному номеру телефона, указанному на вашей идентификационной карте.

تنبيه: إذا كنت تتحدث **العربية (Arabic)**، فإن خدمات المساعدة اللغوية المجانية متاحة لك. الرجاء الاتصال على رقم الهاتف المجاني الموجود على معرّف العضوية.

ATANSYON: Si w pale **Kreyòl ayisyen (Haitian Creole)**, ou kapab benefisye sèvis ki gratis pou ede w nan lang pa w. Tanpri rele nimewo gratis ki sou kat idantifikasyon w.

ATTENTION : Si vous parlez **français (French)**, des services d'aide linguistique vous sont proposés gratuitement. Veuillez appeler le numéro de téléphone gratuit figurant sur votre carte d'identification.

UWAGA: Jeżeli mówisz po **polsku (Polish)**, udostępniliśmy darmowe usługi tłumacza. Prosimy zadzwonić pod bezpłatny numer telefonu podany na karcie identyfikacyjnej.

ATENÇÃO: Se você fala **português (Portuguese)**, contate o serviço de assistência de idiomas gratuito. Ligue gratuitamente para o número encontrado no seu cartão de identificação.


UnitedHealthcare

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

ATTENZIONE: in caso la lingua parlata sia l'italiano (**Italian**), sono disponibili servizi di assistenza linguistica gratuiti. Per favore chiamate il numero di telefono verde indicato sulla vostra tessera identificativa.

ACHTUNG: Falls Sie Deutsch (**German**) sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Bitte rufen Sie die gebührenfreie Rufnummer auf der Rückseite Ihres Mitgliedsausweises an.

注意事項：日本語(**Japanese**)を話される場合、無料の言語支援サービスをご利用いただけます。健康保険証に記載されているフリーダイヤルにお電話ください。

توجه: اگر زبان شما فارسی (**Farsi**) است، خدمات امداد زبانی به طور رایگان در اختیار شما می باشد. لطفا با شماره تلفن رایگانی که روی کارت شناسایی شما قید شده تماس بگیرید.

कृपया ध्यान दें: यदि आप हिंदी (**Hindi**) भाषी हैं तो आपके लिए भाषा सहायता सेवाएं निःशुल्क उपलब्ध हैं। कृपया अपने पहचान पत्र पर दिए टाल-फ्री फ़ोन नंबर पर काल करें।

CEEB TOOM: Yog koj hais Lus Hmoob (**Hmong**), muaj kev pab txhais lus pub dawb rau koj. Thov hu rau tus xov tooj hu deb dawb uas teev muaj nyob rau ntawm koj daim yuaj cim qhia tus kheej.

ចំណាំ: បើសិនជាអ្នកនិយាយភាសា (**Khmer**) សេវាជំនួយភាសាឥតគិតថ្លៃ គឺមានសម្រាប់អ្នក។ សូមទូរស័ព្ទទៅលេខឥតគិតថ្លៃ ដែលមានក្នុងប័ណ្ណសម្គាល់ខ្លួនរបស់អ្នក។

PAKDAAR: Nu saritaem ti Ilocano (**Ilocano**), ti serbisyo para ti baddang ti lengguahe nga awanan bayadna, ket sidadaan para kenyam. Maidawat nga awagan iti toll-free a numero ti telepono nga nakalista ayan iti identification card mo.

DÍÍ BAA'ÁKONÍNÍZIN: Diné (**Navajo**) bizaad bee yáníłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shoodí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jíík'ehgo béésh bee hane'í biká'ígíí bee hodíílnih.

---


**UnitedHealthcare**

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

March 21, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

OGOW: Haddii aad ku hadasho **Soomaali (Somali)**, adeegyada taageerada luqadda, oo bilaash ah, ayaad heli kartaa. Fadlan wac lambarka telefonka khadka bilaashka ee ku yaalla kaarkaaga aqoonsiga.

# Account Summary

## Summary of Deductible and Out of Pocket
## Plan Year: 2016

### CLINT
### Relationship: EE

| IN NET MEDICAL/RX COMBINED | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| Deductible | $4,000.00 | $3,466.50 | Met |
| Out of Pocket | $6,250.00 | $5,716.50 | Met |
| OUT OF NETWORK | | | |
| Deductible | $8,000.00 | $0.00 | $8,000.00 |
| Out of Pocket | $24,000.00 | $319.37 | $23,680.63 |

### FAMILY

| IN NET MEDICAL/RX COMBINED | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| Deductible | $8,000.00 | $8,000.00 | Met |
| Out of Pocket | $12,500.00 | $12,500.00 | Met |
| OUT OF NETWORK | | | |
| Deductible | $16,000.00 | $566.00 | $15,434.00 |
| Out of Pocket | $48,000.00 | $566.00 | $47,434.00 |

## Definitions of Key Terms

**Applied to Date**: The total amount of money applied to your deductible or out of pocket as of this EOB statement.

**Out of Pocket**: This is the amount you pay before your plan benefit starts paying 100% for eligible health care services. Please refer to your plan documents for more information.

**Plan Year**: The dates your plan benefit maximums are applicable.

**Deductible**: The deductible is the fixed dollar amount that you pay each year toward eligible health care services before your plan benefits are payable. Once the deductible has been met, the co-payment and/or coinsurance period of your plan may begin. Please refer to your plan documents for specific information regarding what services apply to the deductible.

**Patient Non Covered**: The amount of money you pay for services that are not covered under your plan.

STD-EOB

000001219033565

**Use this EOB statement as a reference or retain as needed**

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800

**◗ UnitedHealthcare®**

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

February 13, 2017

DPS$$$PKG
CLINT SCHULER
7907 E PORTOBELLO AVE
MESA AZ 85212-1542
|₁|₁|₁|₁|₁|₁|₁|₁|₁|₁|₁|₁|₁|₁||₁₁₁₁₁||₁|₁||₁₁|₁||₁₁₁₁||₁₁₁₁₁|₁|₁|

**Member/Patient Information**
Member/Patient: CLINT SCHULER
Member ID: A976771105
Relationship: EE
Group Name: GREENCRAFT
INTERIORS
Group #: 05U8947

**Explanation of Benefits Statement**
This is not a bill. Do not pay. This is to notify you that we processed your claim.

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| $13,237.14 | **Amount Billed**<br>This is the total amount that your provider billed for the services that were provided to you. |
| $0.00 | **Plan Discounts**<br>Your plan negotiates discounts with providers to save you money. This amount may also include services that you are not responsible to pay. |
| $1,361.32 | **Your Plan Paid**<br>This is the portion of the amount billed that was paid by your plan. |
| $11,875.82 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s). This amount does not reflect any payment you may have already made at the time you received care. This amount may include your deductible, co-pay, coinsurance and/or non covered charges. This amount does not include any payments made to the subscriber*. If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>* When coordination of benefits applies, this amount will include payments made to the subscriber. |



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 13, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for CLINT SCHULER

**Provider:** P PRICHARD          **Claim Number:** 329052728101          **Patient Account Number:** 11212

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) | Coinsurance | (+) | Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Your Itemized Responsibility to Provider**** | | | | | | | | |
| 10/16/2016 | SURGERY | CK | $13,237.14 | | $0.00 | | $1,361.32 | | $0.00 | | $0.00 | | $0.00 | | $11,875.82 | | $11,875.82 |
| Claim Total: | | HR | $13,237.14 | | $0.00 | | $1,361.32 | | $0.00 | | $0.00 | | $0.00 | | $11,875.82 | | **$11,875.82** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

We received the requested information on **02/09/17** and have processed claim number **6327745038001**.

## Notes*

**CK -**   A NON NETWORK HEALTH CARE PROVIDER OR FACILITY PROVIDED THESE SERVICES. YOUR CLAIM HAS BEEN PAID BASED ON YOUR BENEFIT PLAN, WHICH USES RATES ESTABLISHED BY THE FEDERAL GOVERNMENT FOR THE MEDICARE PROGRAM. THIS SERVICE WAS PAID BASED ON AMOUNTS SET BY MEDICARE OR OTHER SOURCES IF NO MEDICARE AMOUNT IS AVAILABLE.  THE MEMBER IS RESPONSIBLE FOR THE TOTAL AMOUNT INDICATED IN THE AREA OF THIS STATEMENT SHOWING WHAT THE PATIENT OWES.

**HR -**   CHARGES WERE RECONSIDERED AND THE CLAIM WAS PROCESSED PER MEMBER BENEFITS, AS A RESULT OF THE ADDITIONAL INFORMATION PROVIDED.

Because your family deductible has been satisfied, your remaining individual deductible has been adjusted to $0.  The coinsurance period of your plan has begun for all covered members of your family.

Because your family's out-of-pocket maximum has been satisfied, your remaining individual out-of-pocket maximum has been adjusted to $0.

You have a right to request an appeal of the claim determination outlined in this statement. This appeal must be submitted within 2 years from the date you receive this statement.

You may submit a written appeal, along with the copies of any relevant documents, to:

UnitedHealthcare Appeals, P.O. Box 30573, Salt Lake City, UT 84130-0573.



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 13, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

---

If you request a review of your claim determination, we will complete our review no later than 30 days after we receive your appeal.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272).  If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-800-782-3740.

Meet Your Needs Online

At almost anytime day or night, you can review claims, check eligibility, locate a network physician, request an ID card, refill prescriptions if eligible, obtain more information on EOB content and more!  For immediate, secure self-service visit www.myuhc.com.

Myuhc Registration

You can register and begin using myuhc in the same session.  Navigate to www.myuhc.com to register.  The information required for registration is on your insurance ID card (first name, last name, member ID, group number and date of birth).

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

STD-EOB
000001168846321

**Use this EOB statement as a reference or retain as needed**



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

February 13, 2017

Have more questions about your claim?
Visit www.myuhc.com
for all your claim and benefit information.

Para obtener asistencia en español, llame al número de teléfono que se incluye en este
documento o al dorso de su tarjeta de identificación.

# Account Summary

## Summary of Deductible and Out of Pocket
**Plan Year:  2016**

### CLINT
**Relationship: EE**

| | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| **IN NET MEDICAL/RX COMBINED** | | | |
| Deductible | $4,000.00 | $3,466.50 | Met |
| Out of Pocket | $6,250.00 | $5,716.50 | Met |
| **OUT OF NETWORK** | | | |
| Deductible | $8,000.00 | $0.00 | $8,000.00 |
| Out of Pocket | $24,000.00 | $160.89 | $23,839.11 |

### FAMILY

| | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| **IN NET MEDICAL/RX COMBINED** | | | |
| Deductible | $8,000.00 | $8,000.00 | Met |
| Out of Pocket | $12,500.00 | $12,500.00 | Met |
| **OUT OF NETWORK** | | | |
| Deductible | $16,000.00 | $452.62 | $15,547.38 |
| Out of Pocket | $48,000.00 | $452.62 | $47,547.38 |

## Definitions of Key Terms

**Applied to Date**: The total amount of money applied to your deductible or out of pocket as of this EOB statement.

**Out of Pocket**: This is the amount you pay before your plan benefit starts paying 100% for eligible health care services. Please refer to your plan documents for more information.

**Plan Year**: The dates your plan benefit maximums are applicable.

**Deductible**: The deductible is the fixed dollar amount that you pay each year toward eligible health care services before your plan benefits are payable.  Once the deductible has been met, the co-payment and/or coinsurance period of your plan may begin.  Please refer to your plan documents for specific information regarding what services apply to the deductible.

**Patient Non Covered**: The amount of money you pay for services that are not covered under your plan.

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800

**UnitedHealthcare**

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

May 19, 2017

DPS$$$PKG
CLINT SCHULER
7907 E PORTOBELLO AVE
MESA AZ 85212-1542

**Member/Patient Information**
Member/Patient: CLINT SCHULER
Member ID: A976771105
Relationship: EE
Group Name: GREENCRAFT
INTERIORS
Group #: 05U8947

## Explanation of Benefits Statement
**This is not a bill.  Do not pay. This is to notify you that we processed your claim.**

# Claims Summary
## Detailed claim information is located on the following page(s).

| Dollar Amount | Description |
|---|---|
| | **Amount Billed** |
| $6,681.96 | This is the total amount that your provider billed for the services that were provided to you. |
| | **Plan Discounts** |
| $0.00 | Your plan negotiates discounts with providers to save you money.  This amount may also include services that you are not responsible to pay. |
| | **Your Plan Paid** |
| $0.00 | This is the portion of the amount billed that was paid by your plan. |
| $6,681.96 | **Total amount you owe the provider(s)**<br>The portion of the Amount Billed you owe the provider(s).  This amount does not reflect any payment you may have already made at the time you received care.  This amount may include your deductible, co-pay, coinsurance and/or non covered charges.  This amount does not include any payments made to the subscriber*.  If a payment was made directly to the subscriber, you/the subscriber is responsible for paying the physician, facility or other health care professional.<br>*  When coordination of benefits applies, this amount will include payments made to the subscriber. |



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

May 19, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

## Claim Detail for CLINT SCHULER

**Provider:** P PRICHARD                     **Claim Number:** 330092291301                     **Patient Account Number:** 11212

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) | Coinsurance | (+) | Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Your Itemized Responsibility to Provider**** | | | | | | | | |
| 11/29/2016 | SURGERY | ND | $3,657.96 | | $0.00 | | $0.00 | | $474.76 | | $0.00 | | $0.00 | | $3,183.20 | | $3,657.96 |
| Claim Total: | | HR | **$3,657.96** | | **$0.00** | | **$0.00** | | **$474.76** | | **$0.00** | | **$0.00** | | **$3,183.20** | | **$3,657.96** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

We received the requested information on **05/09/17** and have processed claim number **6360130373001**.

## Claim Detail for CLINT SCHULER

**Provider:** O TYLOR                     **Claim Number:** 650357588901                     **Patient Account Number:** 535101

| Date(s) of Service | Type of Service | Notes* | Amount Billed | (-) | Plan Discounts | (-) | Your Plan Paid | (=) | Deductible | (+) | Copay | (+) | Coinsurance | (+) | Non Covered | (=) | Amount You Owe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Your Itemized Responsibility to Provider**** | | | | | | | | |
| 10/16/2016 | ANESTHESIA | Q9 | $3,024.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $3,024.00 | | $3,024.00 |
| Claim Total: | | | **$3,024.00** | | **$0.00** | | **$0.00** | | **$0.00** | | **$0.00** | | **$0.00** | | **$3,024.00** | | **$3,024.00** |

**This total does not reflect any payments / copays you made at the time of service.
Please wait for a provider bill before making a payment.

We received the requested information on **04/04/17** and have processed claim number **6454196191001**.

## Notes*

HR -   CHARGES WERE RECONSIDERED AND THE CLAIM WAS PROCESSED PER MEMBER BENEFITS, AS A RESULT OF THE ADDITIONAL INFORMATION PROVIDED.

000001267289733


**UnitedHealthcare**

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

May 19, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

**ND -** THIS PHYSICIAN OR HEALTH CARE PROVIDER IS OUT-OF-NETWORK. THIS SERVICE WAS PAID BASED ON AMOUNTS SET BY MEDICARE OR OTHER SOURCES IF NO MEDICARE AMOUNT IS AVAILABLE. MEDICARE AMOUNTS ARE APPLIED TO THESE SERVICES EVEN IF THE PATIENT DOESN'T HAVE MEDICARE. YOU ARE RESPONSIBLE FOR ANY AMOUNT LEFT AFTER OUR PAYMENT. IF YOU NEED MORE INFORMATION ABOUT YOUR BENEFITS, PLEASE GO TO YOUR MEMBER WEBSITE OR PLAN DOCUMENTS.

**Q9 -** THIS PROCEDURE CODE AND MODIFIER ARE THE SAME AS OR EQUIVALENT TO ANOTHER PROCEDURE CODE AND MODIFIER SHOWN ON THIS SAME CLAIM SUBMISSION OR A PRIOR CLAIM SUBMISSION. NO FURTHER BENEFITS ARE AVAILABLE FOR THIS SERVICE.

Because your family deductible has been satisfied, your remaining individual deductible has been adjusted to $0. The coinsurance period of your plan has begun for all covered members of your family.

Because your family's out-of-pocket maximum has been satisfied, your remaining individual out-of-pocket maximum has been adjusted to $0.

You have a right to request an appeal of the claim determination outlined in this statement. This appeal must be submitted within 2 years from the date you receive this statement.

You may submit a written appeal, along with the copies of any relevant documents, to:

UnitedHealthcare Appeals, P.O. Box 30573, Salt Lake City, UT 84130-0573.

If you request a review of your claim determination, we will complete our review no later than 30 days after we receive your appeal.

If your plan is governed by ERISA, you may have the right to file a civil action under ERISA if all required reviews of your claim have been completed.

You or your authorized representative, such as a family member or physician, may appeal the decision by submitting comments, documents or other relevant information to the appeal address referenced above.

You may request copies (free of charge) of information relevant to your claim by contacting us at the above address.

Availability of Consumer Assistance/Ombudsman Services
There may be other resources available to help you understand the appeals process. If your plan is governed by ERISA, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). If your plan is not governed by ERISA, you can contact the Department of Health and Human Services Health Insurance Assistance Team at 1-888-393-2789.

If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

May 19, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

Insurance fraud adds millions to the cost of health care. If services are listed which you did not receive or service you were told would be free, call 1-800-782-3740.

**Rather view this online?**

Sign up for **myuhc.com** to easily view claims and account balances, see where you're at against your deductible, locate a network doctor, compare costs, select paperless delivery of your important plan documents and more.

**Rather view this on your mobile device?**

Download the free UnitedHealthcare Health4Me app, then sign up to easily find and map care, compare costs, view claims and account balances and more. Get access to the same personalized health plan information while you're on the go.

Maintaining the privacy and security of individuals' personal information is very important to us at UnitedHealthcare. To protect your privacy, we implemented strict confidentiality practices. These practices include the ability to use a unique individual identifier. You may see the unique individual identifier on UnitedHealthcare correspondence, including medical ID cards (if applicable), letters, explanation of benefits (EOBs), and provider remittance advices (PRAs). If you have any questions about the unique individual identifier or its use, please contact your customer care professional at the number shown at the top of this Statement.

Please call the number included in this document or on the back of your ID card if you need diagnosis and/or treatment code information regarding the services referenced in this communication.

Para obtener asistencia en español, llame al número de teléfono que se incluye en este documento o al dorso de su tarjeta de identificación.

We do not treat members differently because of sex, age, race, color, disability or national origin. If you think you weren't treated fairly you can send a complaint to: Civil Rights Coordinator, United HealthCare Civil Rights Grievance, P.O. Box 30608, Salt Lake City, UTAH 84130, UHC_Civil_Rights@uhc.com. You must send the complaint within 60 days of when you found out about it. A decision will be sent to you within 30 days. If you disagree with the decision, you have 15 days to ask us to look at it again. If you need help with your complaint, please call the toll-free member number listed on your health plan ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

You can also file a complaint with the U.S. Dept. of Health and Human Services.
**Online:** https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.
**Phone:** Toll-free 1-800-368-1019, 800-537-7697 (TDD)
**Mail:** U.S. Dept. of Health and Human Services. 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

 UnitedHealthcare

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

May 19, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

We provide free services to help you communicate with us. Such as, letters in other languages or large print. Or, you can ask for an interpreter. To ask for help, please call the toll-free phone number listed on your ID card, TTY 711, Monday through Friday, 8 a.m. to 8 p.m.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說中文 **(Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

XIN LƯU Ý: Nếu quý vị nói tiếng **Việt (Vietnamese)**, quý vị sẽ được cung cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Vui lòng gọi số điện thoại miễn phí ở mặt sau thẻ hội viên của quý vị.

알림: **한국어(Korean)**를 사용하시는 경우 언어 지원 서비스를 무료로 이용하실 수 있습니다. 귀하의 신분증 카드에 기재된 무료 회원 전화번호로 문의하십시오.

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

ВНИМАНИЕ: бесплатные услуги перевода доступны для людей, чей родной язык является **русском (Russian)**. Позвоните по бесплатному номеру телефона, указанному на вашей идентификационной карте.

تنبيه: إذا كنت تتحدث **العربية (Arabic)**، فإن خدمات المساعدة اللغوية المجانية متاحة لك. الرجاء الاتصال على رقم الهاتف المجاني الموجود على معرّف العضوية.

ATANSYON: Si w pale **Kreyòl ayisyen (Haitian Creole)**, ou kapab benefisye sèvis ki gratis pou ede w nan lang pa w. Tanpri rele nimewo gratis ki sou kat idantifikasyon w.

ATTENTION : Si vous parlez **français (French)**, des services d'aide linguistique vous sont proposés gratuitement. Veuillez appeler le numéro de téléphone gratuit figurant sur votre carte d'identification.

STD-EOB

000001267289733

**Use this EOB statement as a reference or retain as needed**

Page 5 of 7



UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

May 19, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

UWAGA: Jeżeli mówisz po **polsku (Polish)**, udostępniliśmy darmowe usługi tłumacza. Prosimy
zadzwonić pod bezpłatny numer telefonu podany na karcie identyfikacyjnej.

ATENÇÃO: Se você fala **português (Portuguese)**, contate o serviço de assistência de idiomas gratuito.
Ligue gratuitamente para o número encontrado no seu cartão de identificação.

ACHTUNG: Falls Sie **Deutsch (German)** sprechen, stehen Ihnen kostenlos sprachliche
Hilfsdienstleistungen zur Verfügung. Bitte rufen Sie die gebührenfreie Rufnummer auf der Rückseite
Ihres Mitgliedsausweises an.

توجه: اگر زبان شما **فارسی (Farsi)** است، خدمات امداد زبانی به طور رایگان در اختیار شما می باشد. لطفا با شماره تلفن رایگانی
که روی کارت شناسایی شما قید شده تماس بگیرید.

कृपया ध्यान दें: यदि आप **हिंदी (Hindi)** भाषी हैं तो आपके लिए भाषा सहायता सेवाएं निःशुल्क उपलब्ध
हैं। कृपया अपने पहचान पत्र पर दिए टोल-फ्री फ़ोन नंबर पर कॉल करें।

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yáníłti'go, saad bee áka'anída'awo'ígíí, t'áá jíík'eh,
bee ná'ahóót'i'. T'áá shǫǫdí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé' t'áá jíík'ehgo béésh bee hane'í
bikáʼígíí bee hodíílnih.

**UnitedHealthcare**

UnitedHealthcare Insurance Company
RICHARDSON/SPRGFLD SRVC CNTR
P.O. BOX 740800
ATLANTA, GA 30374-0800
Phone: 1-800-782-3740

May 19, 2017

Have more questions about your claim?
Visit **www.myuhc.com**
for all your claim and benefit information.

# Account Summary

## Summary of Deductible and Out of Pocket
## Plan Year: 2016

### CLINT
### Relationship: EE

| | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| IN NET MEDICAL/RX COMBINED | | | |
| Deductible | $4,000.00 | $3,466.50 | Met |
| Out of Pocket | $6,250.00 | $5,716.86 | Met |
| OUT OF NETWORK | | | |
| Deductible | $8,000.00 | $0.00 | $8,000.00 |
| Out of Pocket | $24,000.00 | $474.76 | $23,525.24 |

### FAMILY

| | Annual Amount | (-)Applied to Date | (=)Remaining Balance |
|---|---|---|---|
| IN NET MEDICAL/RX COMBINED | | | |
| Deductible | $8,000.00 | $8,000.00 | Met |
| Out of Pocket | $12,500.00 | $12,500.00 | Met |
| OUT OF NETWORK | | | |
| Deductible | $16,000.00 | $474.76 | $15,525.24 |
| Out of Pocket | $48,000.00 | $474.76 | $47,525.24 |

## Definitions of Key Terms

**Applied to Date**: The total amount of money applied to your deductible or out of pocket as of this EOB statement.

**Out of Pocket**: This is the amount you pay before your plan benefit starts paying 100% for eligible health care services. Please refer to your plan documents for more information.

**Plan Year**: The dates your plan benefit maximums are applicable.

**Deductible**: The deductible is the fixed dollar amount that you pay each year toward eligible health care services before your plan benefits are payable. Once the deductible has been met, the co-payment and/or coinsurance period of your plan may begin. Please refer to your plan documents for specific information regarding what services apply to the deductible.

**Patient Non Covered**: The amount of money you pay for services that are not covered under your plan.