# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clint Schuler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United Healthcare (UHC) of Arizona Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-18-00920-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 43), filed on November 5, 2018,

**IT IS ORDERED** approving the Stipulation (Doc. 43) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 6th day of November, 2018.

_____
Honorable Diane J. Humetewa
United States District Judge